**Fill in this information to identify the case:**

Debtor name    **Samco Global Arms, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **15-31296-BKC-AJC**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*............................................................................    $     **0.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*.........................................................................    $     **3,184,928.17**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*...........................................................................    $     **3,184,928.17**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................    $     **1,353,568.12**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 6a of *Schedule E/F*...............................................    $     **14,578.47**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*................................    +$     **3,542,396.07**

4.   **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b        $     **4,910,542.66**

**Fill in this information to identify the case:**

Debtor name **Samco Global Arms, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **15-31296-BKC-AJC**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

 ☐ No. Go to Part 2.
 ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.   **Cash on hand** | **$144.00** |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1.. | **Operating Account**<br>**Last 4 digits of Acc# : 3923**<br>**Wells Fargo Bank, N.A.**<br>**PO Box 6995**<br>**Portland, OR 97228-6995** | **Operating Account** | **3923** | **$3,981.91** |
| 3.2.. | **Money Market Account**<br>**Last 4 digits of Acc# : 3285**<br>**Wells Fargo Bank, N.A.**<br>**PO Box 6995**<br>**Portland, OR 97228-6995** | **Money Market Account** | **3285** | **$691.21** |
| 3.3.. | **Payroll Account**<br>**Last 4 digits of Acc# : 0782**<br>**Wells Fargo Bank, N.A.**<br>**PO Box 6995**<br>**Portland, OR 97228-6995** | **Payroll Account** | **0782** | **$831.66** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Samco Global Arms, Inc.** | Case number *(If known)* | **15-31296-BKC-AJC** |
|---|---|---|---|
| | Name | | |

**Operating Account**
**Last 4 digits of Acc# : X544**
**Habib American Bank**
**99 Madison Ave**
**New York, NY 10016**

| 3.4.. | **(Balance as of 7/31/15 - no activity since, other than service charges)** | Operating Account | X544 | $1,619.06 |
|---|---|---|---|---|

**4.**   **Other cash equivalents** *(Identify all)*

**5.**   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $7,267.84 |
|---|---|

| **Part 2:** | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.**   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.. | **Security Deposit** | $2,470.06 |
|---|---|---|

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1.. | **Deposit Tender paid to DGDP Ministry of Defence, Pakistan for 2012 contract.  Unable to proceed with contract, so deposit was forfeited, but is still on the Debtor's books.** | $0.00 |
|---|---|---|

| 8.2.. | **Unused portion of advance paid to Montenegran supplier Capris D.O.O.  Contract was not extended by Ministry of Defence for Montenegro and advance was forfeited in 2013 but is still on the Debtor's books** | $0.00 |
|---|---|---|

**9.**   **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | $2,470.06 |
|---|---|

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**   **Accounts receivable**

| 11a. 90 days old or less: | 2,200.99 | - | 0.00 | = .... | $2,200.99 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**   **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $2,200.99 |
|---|---|

| **Part 4:** | **Investments** |
|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

```
              ACCOUNTS RECEIVABLE OPEN INVOICE LISTING
               FOR THE PERIOD: 10/01/15-12/08/15        RUN: 12/08/15 13:45
                  SALES ONLY >=      0.00                      PAGE:    1
                                                                   CURRENT
ITEM-DT   ITEM#      CUSTOMER# NAME                      DESC      BALANCE
==============================================================================
10/12/15  127262     8941      S.A.A.R.MFG.CORP          INV        779.70
10/23/15  127328     144046    SCOOTER'S GUNS            INV        408.00
10/26/15  127345     118677    CHARLIES INTERNATIONAL ARMORY INV      0.05
11/04/15  127417     6942      NADING, MARK CONWAY       INV        139.05
12/07/15  127622     135172    EAST SIDE BAIT & TACKLE   INV        874.19


TOTAL TRANSACTIONS      5                   TOTAL:              2,200.99
                                                              ===========
```

Debtor  **Samco Global Arms, Inc.**                                    Case number *(If known)*  **15-31296-BKC-AJC**
        Name

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** **Estimated at Retail Value** **Inventory Cost Value as Reported to Insurance Company on November 30, 2015 - $1,087,746.05** **Last computer inventory taken on 11/30/2015** | N/A | $1,600,000.00 | Revenue based | $1,600,000.00 |
| **22.  Other inventory or supplies** | | | | |

**23.  Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.                                    | $1,600,000.00 |

**24.  Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Samco Global Arms, Inc.**
Name

Case number *(If known)*  **15-31296-BKC-AJC**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** **Various office furniture - fully depreciated** | | | |
| | See attached Depreciation Schedule | **$0.00** | Liquidation | **Unknown** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Various office equipment - fully depreciated** | | | |
| | See Depreciation Schedule | **$0.00** | Liquidation | **Unknown** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

**$0.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.. | **2001 Lexus LS 430** | | | |
| | Current Value is approximate based on NADA Kelley Blue Book valuation | **$23,313.00** | N/A | **$6,000.00** |
| 47.2.. | **2008 Chevy Silverado 3500HD** | | | |
| | Current Value is approximate based on NADA Kelley Blue Book valuation | **$21,084.00** | N/A | **$11,000.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

SAMCO GLOBAL ARMS, INC.

# 2014 Depreciation Projections

| Description of Property | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GENERAL DEPRECIATION AND AMORTIZATION | | | | | **TAX YEAR 2015** | | | | | | | |

| | | | | | Tax Depreciation | | | | AMT Depreciation | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asset description | Date placed in service | Basis for depreciation | ACRS class | MA CRS class | Method | Life | Accumulated depreciation | Current-year depreciation | Basis for depreciation | Method | Life | Accumulated depreciation | Current-year depreciation | Depreciation adj./pref. |
| LEXUS 2001 LS 430 | 07/24/2001 | 55,423. | | 5 | 200 DB | | 30,435. | 1,775. | 55,423. | 150 DB | 5.000 | 30,435. | 1,775. | |
| LEXUS 2002 LS 430 | 06/18/2002 | 48,459. | | 5 | 200 DB | | 25,600. | 1,775. | 48,459. | 200 DB | 5.000 | 25,600. | 1,775. | |
| NISSAN FRONTIER 2008 | 05/26/2008 | 19,384. | | 5 | 200 DB | | 14,601. | | 19,384. | 150 DB | 5.000 | 12,745. | | |
| FILE CABINETS | 09/15/1994 | | | 7 | 200 DB | | | | | | | | | |
| CUSTOM CABINET | 11/30/1994 | | | 7 | 200 DB | | | | | | | | | |
| SHELVING | 05/31/1994 | | | 7 | 200 DB | | | | | | | | | |
| FURNITURE | 07/01/1986 | 2,279. | | 5 | 200 DB | | 2,279. | | | | | | | |
| FURNITURE & FIXTURES | 06/15/2006 | 2,852. | | 7 | 200 DB | | 2,851. | | 2,852. | 150 DB | 7.000 | 2,852. | | |
| FURNITURE & FIXTURES | 11/02/2006 | 2,544. | | 7 | 200 DB | | 2,544. | | 2,544. | 150 DB | 7.000 | 2,543. | | |
| FURNITURE & FIXTURES | 12/28/2006 | 3,184. | | 7 | 200 DB | | 3,184. | | 3,184. | 150 DB | 7.000 | 3,184. | | |
| FURNITURE | 02/20/2008 | | | 7 | 200 DB | | | | | | | | | |
| FURNITURE | 12/31/2008 | | | 7 | 200 DB | | | | | | | | | |
| EQUIPMENT | 06/01/1988 | 7,421. | | 5 | S/L | | 6,384. | | 7,421. | SL | 6.000 | 7,421. | | |
| EQUIPMENT | 05/01/1989 | 12,427. | | 7 | 200 DB | | 12,427. | | 12,427. | 150 DB | 10.000 | 12,427. | | |
| EQUIPMENT | 06/01/1990 | 1,395. | | 7 | 200 DB | | 1,395. | | 1,395. | 150 DB | 10.000 | 1,395. | | |
| EQUIPMENT | 11/01/1990 | 1,306. | | 7 | 200 DB | | 1,306. | | 1,306. | 150 DB | 10.000 | 1,306. | | |
| EQUIPMENT | 07/30/1992 | 484. | | 5 | 200 DB | | 484. | | 484. | 150 DB | 6.000 | 484. | | |
| EQUIPMENT | 07/30/1993 | | | 5 | 200 DB | | | | | | | | | |
| FAX MACHINE | 11/25/1994 | | | 5 | 200 DB | | | | | | | | | |
| EQUIPMENT | 03/31/1994 | | | 5 | 200 DB | | | | | | | | | |
| TELESIS MARKING SYST | 04/19/1995 | 12,799. | | 5 | 200 DB | | 12,799. | | 12,799. | 150 DB | 6.000 | 12,799. | | |
| EQUIPMENT | 08/07/1997 | | | 5 | 200 DB | | | | | | | | | |
| EQUIPMENT | 06/30/2006 | 1,217. | | 5 | 200 DB | | 1,216. | | 1,217. | 150 DB | 5.000 | 1,217. | | |
| TELEPHONE EQUIPMENT | 10/12/2006 | 1,228. | | 5 | 200 DB | | 1,228. | | 1,228. | 150 DB | 5.000 | 1,228. | | |
| TELEPHONE EQUIPMENT | 10/13/2006 | 2,517. | | 5 | 200 DB | | 2,516. | | 2,517. | 150 DB | 5.000 | 2,517. | | |
| TELEPHONE EQUIPMENT | 12/26/2006 | 2,517. | | 5 | 200 DB | | 2,516. | | 2,517. | 150 DB | 5.000 | 2,517. | | |
| FIRE ALARM EQUIPMENT | 02/23/2007 | | | 7 | 200 DB | | | | | | | | | |
| TELEPHONE | 02/04/2008 | | | 5 | 200 DB | | | | | | | | | |
| TELEPHONE | 02/26/2008 | | | 5 | 200 DB | | | | | | | | | |
| EQUIPMENT | 09/18/2008 | | | 5 | 200 DB | | | | | | | | | |
| SECURITY ALARM | 12/31/2008 | | | 7 | 200 DB | | | | | | | | | |
| OFFICE EQUIPMENT | 12/31/2008 | | | 7 | 200 DB | | | | | | | | | |
| COMPUTER | 05/03/2007 | | | 5 | 200 DB | | | | | | | | | |
| COMPUTER | 03/04/2008 | | | 5 | 200 DB | | | | | | | | | |
| COMPUTER | 08/25/2008 | | | 5 | 200 DB | | | | | | | | | |
| COMPUTER | 10/20/2008 | | | 5 | 200 DB | | | | | | | | | |
| COMPUTER | 12/30/2008 | | | 5 | 200 DB | | | | | | | | | |
| **TOTALS** . . . . . . . . . . . . . | | | | | | | | | | | | | |

JSA
4X9031 1.000

JJ7300   B64M   09/15/2015   13:32:03          59-2142433

SAMCO GLOBAL ARMS, INC.

# 2014 Depreciation Projections

**Description of Property**

GENERAL DEPRECIATION AND AMORTIZATION                    **TAX YEAR 2015**

| Asset description | Date placed in service | Basis for depreciation | ACRS class | MA CRS class | Me-thod | Life | Accumulated depreciation | Current-year depreciation | Basis for depreciation | Me-thod | Life | Accumulated depreciation | Current-year depreciation | Depreciation adj./pref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Tax Depreciation** | | | | | | **AMT Depreciation** | | | |
| COMPUTER | 12/31/2008 | | | 5 | 200 DB | | | | | | | | | |
| COMPUTER | 12/31/2008 | | | 5 | 200 DB | | | | | | | | | |
| COMPUTER | 12/31/2008 | | | 5 | 200 DB | | | | | | | | | |
| COMPUTER | 12/30/2008 | | | | S/L | 3.000 | | | | | | | | |
| COMPUTER | 03/13/2009 | | | 5 | 200 DB | | | | | | | | | |
| COMPUTER | 07/09/2009 | | | 5 | 200 DB | | | | | | | | | |
| COMPUTER | 11/13/2009 | | | 5 | 200 DB | | | | | | | | | |
| COMPUTER | 12/14/2009 | | | 5 | 200 DB | | | | | | | | | |
| EQUIPMENT | 03/13/2009 | | | 5 | 200 DB | | | | | | | | | |
| EQUIPMENT | 10/21/2009 | | | 5 | 200 DB | | | | | | | | | |
| CHEVY SILVERADO 2008 | 12/31/2008 | 35,575. | | 5 | 200 DB | | 15,650. | | 35,575. | 150 DB | 5.000 | 13,775. | | |
| COMPUTER | 03/23/2010 | 418. | | 5 | 200 DB | | 394. | 24. | 418. | 200 DB | 5.000 | 394. | 24. | |
| COMPUTER | 04/08/2010 | 757. | | 5 | 200 DB | | 712. | 44. | 757. | 200 DB | 5.000 | 712. | 44. | |
| COMPUTER | 04/21/2010 | 334. | | 5 | 200 DB | | 314. | 19. | 334. | 200 DB | 5.000 | 314. | 19. | |
| COMPUTER | 05/10/2010 | 440. | | 5 | 200 DB | | 415. | 25. | 440. | 200 DB | 5.000 | 415. | 25. | |
| COMPUTER | 05/10/2010 | 495. | | 5 | 200 DB | | 466. | 29. | 495. | 200 DB | 5.000 | 466. | 29. | |
| COMPUTER | 05/10/2010 | 109. | | 5 | 200 DB | | 104. | 5. | 109. | 200 DB | 5.000 | 104. | 5. | |
| MONITOR | 05/18/2010 | 291. | | 5 | 200 DB | | 275. | 16. | 291. | 200 DB | 5.000 | 275. | 16. | |
| PRINTER | 08/10/2010 | 88. | | 5 | 200 DB | | 83. | 5. | 88. | 200 DB | 5.000 | 83. | 5. | |
| COMPUTER | 11/28/2011 | | | 5 | 200 DB | | | | | | | | | |
| EQUIPMENT | 08/22/2011 | | | 7 | 200 DB | | | | | | | | | |
| FURNITURE&FIXTURES | 09/20/2011 | | | 7 | 200 DB | | | | | | | | | |
| FURNITURE&FIXTURES | 10/26/2011 | | | 7 | 200 DB | | | | | | | | | |
| FURNITURE&FIXTURES | 12/27/2011 | | | 7 | 200 DB | | | | | | | | | |
| COMPUTER | 07/06/2012 | | | 5 | 200 DB | | | | | | | | | |
| FURNITURE&FIXTURE | 10/17/2012 | | | 7 | 200 DB | | | | | | | | | |
| COMPUTER | 08/21/2013 | | | 5 | 200 DB | | | | | | | | | |
| OFFICE EQUIPMENT | 03/18/2013 | | | 7 | 200 DB | | | | | | | | | |
| OFFICE EQUIPMENT | 03/18/2013 | | | 7 | 200 DB | | | | | | | | | |
| AMD ATHALON COMPUTER | 01/25/2013 | | | 5 | 200 DB | | | | | | | | | |
| MICROSOFT SERVER | 01/30/2013 | | | 5 | 200 DB | | | | | | | | | |
| MICROSOFT SERVER | 02/15/2013 | | | 5 | 200 DB | | | | | | | | | |
| WIRELESS SCANNER | 03/25/2013 | | | 5 | 200 DB | | | | | | | | | |
| AMD ATHALON COMPUTER | 05/10/2013 | | | 5 | 200 DB | | | | | | | | | |
| AMD ATHALON COMPUTER | 06/07/2013 | | | 5 | 200 DB | | | | | | | | | |
| AMD ATHALON COMPUTER | 07/01/2013 | | | 5 | 200 DB | | | | | | | | | |
| WATCHGUARD XTM | 03/14/2013 | | | 5 | 200 DB | | | | | | | | | |
| TOTALS . . . . . . . . . . . . . . | | | | | | | | | | | | | | |

JSA
4X9031 1.000                    JJ7300  B64M  09/15/2015  13:32:03        59-2142433

SAMCO GLOBAL ARMS, INC.

# 2014 Depreciation Projections

**Description of Property**

GENERAL DEPRECIATION AND AMORTIZATION          **TAX YEAR 2015**

| | | | | | | | Tax Depreciation | | | | AMT Depreciation | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asset description | Date placed in service | Basis for depreciation | ACRS class | MA CRS class | Me-thod | Life | Accumulated depreciation | Current-year depreciation | Basis for depreciation | Me-thod | Life | Accumulated depreciation | Current-year depreciation | Depreciation adj./pref. |
| SERVER PARTS | 03/14/2013 | | | 5 | 200 DB | | | | | | | | | |
| SERVER PARTS | 03/14/2013 | | | 5 | 200 DB | | | | | | | | | |
| EQUIPMENT | 05/30/2014 | 412. | | 7 | 200 DB | | 59. | 101. | 825.200 DB | | 7.000 | 59. | 101. | |
| EQUIPMENT | 08/05/2014 | 385. | | 7 | 200 DB | | 55. | 94. | 770.200 DB | | 7.000 | 55. | 94. | |
| LEASEHOLD IMPROVEMEN | 07/30/2014 | 590. | | 15 | 150 DB | | 30. | 56. | 1,180.150 DB | | 15.000 | 30. | 56. | |
| LEASEHOLD IMPROVEMEN | 10/14/2014 | 636. | | 15 | 150 DB | | 32. | 60. | 1,273.150 DB | | 15.000 | 32. | 60. | |
| TOTALS . . . . . . . . . . | | 217,966. | | | | | 142,354. | 4,028. | 217,712. | | | 137,384. | 4,028. | |

JSA
4X9031 1.000                                        JJ7300  B64M  09/15/2015  13:32:03          59-2142433

SAMCO GLOBAL ARMS, INC.

# 2014 Depreciation Projections

| Description of Property | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOOK – GENERAL DEPRECIATION AND AMORTIZATION | | | | | **TAX YEAR 2015** | | | | | | | | |

| | | | | | Tax Depreciation | | | | AMT Depreciation | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asset description | Date placed in service | Basis for depreciation | ACRS class | MA CRS class | Me-thod | Life | Accumulated depreciation | Current-year depreciation | Basis for depreciation | Me-thod | Life | Accumulated depreciation | Current-year depreciation | Depreciation adj./pref. |
| LEXUS 2002 LS 430 | 06/18/2002 | 56,119. | | 5 | DDB | | 23,825. | | | | | | |
| **TOTALS** . . . . . . . . . . | | 56,119. | | | | | 23,825. | | | | | | |



MIAMI-DADE COUNTY AUTO TAG AGENCY

PO BOX 12151
MIAMI FL 32101-2151
www.miamidade.gov

**FLORIDA REGISTRATION RENEWAL NOTICE**

**The Tax Collector's Office
is now located at
200 NW 2nd Ave
Miami 33128**

RENEW ONLINE:
www.miamidade.gov/taxcollector

5 - 99958

SAMCO GLOBAL ARMS, INC.
4225 NW 72ND AVE
MIAMI FL 33166-6841

TAG/DECAL/VESS#: 450IXM



| | | |
|---|---|---|
| SAMCO GLOBAL ARMS, INC.<br>4225 NW 72ND AVE<br>MIAMI FL 33166-6841 | ☐ **Check here for address change and complete form on other side.** | |
| | **IMPORTANT NOTICE** | **INSURANCE** |
| EXPIRES: 12/31/2015<br>TAG/DECAL/VESS#: 450IXM<br>CUST#: 97511785<br>TITLE: 101978450<br>BODY/TAG TY: TK/RGS<br>VIN/HIN: 1GCJK39658E195714<br>VEH TY/REGUSE: TR/FY<br>YR/MAKE/COL: 2008/CHEV /BLK<br>NVW/GVW: 007194/011400<br>DL: | | **Your insurance is on file. Thank you for keeping your insurance current.** |
| AMOUNT DUE: $ 140.85 | | |
| Total Donation:<br>(Select charity(s) on reverse side)<br>TOTAL AMT DUE: | | |
| Penalty After: 01/10 $ 50.00<br>PIN: 00647859319 | Warning: Giving false information in order to obtain a vehicle registration certificate is a criminal offense under Florida law. Anyone giving false information on this affidavit is subject to prosecution. | |

000014085 0064785931 01 01 0 08 0000450IXM 011016 0



MIAMI-DADE COUNTY AUTO TAG AGENCY

PO BOX 12131
MIAMI, FL 33101-2131
www.miamidade.gov

**FLORIDA REGISTRATION RENEWAL NOTICE**

## The Tax Collector's Office
## is now located at
## 200 NW 2nd Ave
## Miami 33128

5 - 74084
SAMCO GLOBAL ARMS INC
6995 NW 43RD ST
MIAMI FL  33166-6844

TAG/DECAL/VESS#:  992KMW



---

SAMCO GLOBAL ARMS INC
6995 NW 43 ST
MIAMI FL 33166-6844

|  |  |
|---|---|
| EXPIRES: | 6/30/2015 |
| TAG/DECAL/VESS#: | 992KMW |
| CUST#: | 224029479 |
| TITLE: | 100896895 |
| BODY/TAG TY: | PK/RGS |
| VIN/HIN: | 1N6AD07U08C442575 |
| VEH TY/REGUSE: | AU/PK |
| YR/MAKE/COL: | 2008/NISS /RED |
| NVW/GVW: | 004199/000000 |
| DL: | |
| AMOUNT DUE: | $   46.85 |

Total Donation:
(Select charity(s) on reverse side)

TOTAL AMT DUE:

Penalty After: 07/10    $ 10.00
PIN: 02358442550

☐ Check here for address change and
complete form on other side.

**IMPORTANT NOTICE**

Warning: Giving false information in order to obtain a
vehicle registration certificate is a criminal offense
under Florida law. Anyone giving false information on
this affidavit is subject to prosecution.

**INSURANCE**

Your insurance is on file.
Thank you for keeping
your insurance current.

n00004685 0235844255 01 01 0 02 0000992KMW 071015 1



MIAMI-DADE COUNTY AUTO TAG AGENCY

PO BOX 12131
MIAMI, FL 33101-2131
www.miamidade.gov

**FLORIDA REGISTRATION RENEWAL NOTICE**

## TO RENEW ONLINE VISIT:

**http://www.miamidade.gov/
taxcollector/auto_renew_online.asp**

See reverse side for important information.

6 - 71528
SAMCO GLOBAL ARMS, INC.
6995 NW 43RD ST
MIAMI FL  33166-6844

TAG/DECAL/VESS#:  T716TX

| | |
|---|---|
| SAMCO GLOBAL ARMS, INC.<br>6995 NW 43 ST<br>MIAMI FL 33166-6844 | ☐ **Check here for address change and<br>complete form on other side.** |

| | **IMPORTANT NOTICE** | **INSURANCE** |
|---|---|---|
| EXPIRES:              6/30/2014<br>**TAG/DECAL/VESS#:   T716TX**<br>CUST#:              206889697<br>TITLE:              83769515<br>BODY/TAG TY:        4D/RGS<br>VIN/HIN:            JTHBN30FO10035315<br>VEH TY/REGUSE:      AU/PR<br>YR/MAKE/COL:        2001/LEXS /SIL<br>NVW/GVW:            003763/000000<br>DL: | | **Your insurance is on file.**<br>**Thank you for keeping**<br>**your insurance current.** |
| AMOUNT DUE:         $  71.90 | | |
| **Total Donation:**<br>(Select charity(s) on reverse side) | | |
| **TOTAL AMT DUE:** | | |
| **Penalty After: 07/10    $ 10.00**<br>**PIN: 00612111025** | Warning: Giving false information in order to obtain a<br>vehicle registration certificate is a criminal offense<br>under Florida law. Anyone giving false information on<br>this affidavit is subject to prosecution. | |

000007190 0061211102 01 01 0 02 0000T716TX 071014 2

| Debtor | **Samco Global Arms, Inc.** | Case number *(If known)* | **15-31296-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 47.3.. | **2008 Nissan Frontier** | | | |
|---|---|---|---|---|
| | Current Value is approximate based on NADA Kelley Blue Book valuation | **$6,639.00** | N/A | **$6,500.00** |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Various machinery and equipment - fully depreciated**

| See Depreciation Schedule | **$0.00** | | **Unknown** |
|---|---|---|---|

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| **$23,500.00** |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** **Trademark** **"Charles Daly"** **Registration Number 3662598** | **$165,000.00** | | **Unknown** |
| **61.** **Internet domain names and websites** **www.samcoglobal.com** **www.charlesdaly-us.com** **www.akkar-usa.com** | **$0.00** | | **Unknown** |

Debtor    **Samco Global Arms, Inc.**                                    Case number *(if known)* **15-31296-BKC-AJC**
          Name

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                              | $0.00 |
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ☐ No
       ■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No.  Go to Part 12.
       ■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

71.    **Notes receivable**
       Description (include name of obligor)

| | Total face amount | doubtful or uncollectible amount | Current value |
|---|---|---|---|
| **Cynthia Baez** | 450.03 - | 0.00 = | $450.03 |
| **Long Island Investment Partners, LLC** | 170,312.50 - | 0.00 = | $170,312.50 |
| **M. Cuadras** | 50.00 - | 0.00 = | $50.00 |
| **Mario Dellami** | 5,100.00 - | 0.00 = | $5,100.00 |
| **R/M Equipment, Inc.** | 538,088.00 - | 0.00 = | $538,088.00 |
| **Ronald J. Martin** | 282,500.00 - | 0.00 = | $282,500.00 |
| **Shannash Properties, Inc.** | 516,218.75 - | 0.00 = | $516,218.75 |

| Debtor | **Samco Global Arms, Inc.** | Case number *(If known)* **15-31296-BKC-AJC** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| **Imi Oosman** | 4,900.00 | - | 0.00 | = | $4,900.00 |
| | Total face amount | | doubtful or uncollectible amount | | |

| | | | | |
|---|---|---|---|---|
| **Ghulam Jilani Dossul** | 63,740.00 | - | 31,870.00 | = | $31,870.00 |
| | Total face amount | | doubtful or uncollectible amount | | |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   **Amount requested : Unknown
   Causes of action against Ronald J. Martin, Long Island Investment Partners, Inc., Shannash Properties, Inc., Sauce, Inc., JACA Business Corporation, RM Equipment, Inc., Longlac Enterprises, Inc. and any other affiliates**

   | | |
   |---|---|
   | Nature of claim | |
   | Amount requested | $0.00 |

   **Unknown**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
   **Loan to Shareholder - Balance sheet entry for distribution for payment of 1120 S corp federal income taxes by shareholder.  Listed on balance sheet for tax purposes, but not a real obligation.**

   $0.00

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

   $1,549,489.28

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    **Samco Global Arms, Inc.**                           Case number *(If known)*  **15-31296-BKC-AJC**
          Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$7,267.84** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$2,470.06** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$2,200.99** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$1,600,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$23,500.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$1,549,489.28** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$3,184,928.17** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$3,184,928.17** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **Samco Global Arms, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **15-31296-BKC-AJC**

☐ Check if this is an
     amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **JACA Business Corporation**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Substantially all personal property of the Debtor**<br><br>**Request for Atty Fees Pending of Petition Date**<br><br>**Asserts lien on same collateral as Sauce, Inc.** | $339,303.12 | $0.00 |
| **5722 S. Flamingo Road #295**<br>**Fort Lauderdale, FL 33330**<br>Creditor's mailing address | Describe the lien<br>**UCC-1 filed 4/25/14**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent | | |
| **Do multiple creditors have an interest in the same property?**<br><br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated<br>■ Disputed | | |
| **2.2**   **Sauce, Inc.**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Substantially all personal property of Debtor**<br><br>**Request for Atty Fees is pending**<br><br>**Asserts lien on same collateral as JACA Business Corporation** | $1,014,265.00 | $0.00 |
| **5722 South Flamingo Road #295**<br>**Fort Lauderdale, FL 33330**<br>Creditor's mailing address | Describe the lien<br>**UCC-1 filed 4/25/14**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  **Ghulam Jilani Dossul**                                    Case number (if know)  **15-31296-BKC-AJC**
          First Name      Middle Name        Last Name

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

| | |
|---|---|
| 3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,353,568.1 2** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **JACA Business Corporation c/o Marko Cerenko, Esq. Kluger Kaplan, et al. Miami, FL 33131** | Line **2.1** | |
| **Sauce, Inc. c/o Marko Cerenko, Esq. Kluger Kaplan 201 S. Biscayne Blvd, 27th FL Miami, FL 33131** | Line **2.2** | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Samco Global Arms, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **15-31296-BKC-AJC**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
**Abda E. Rodriguez**
**10850 Westwood Lake Drive**
**Miami, FL 33165**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**        $ **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Pre-Petition Wages (approx. 2 days)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (4)

**2.2**

Priority creditor's name and mailing address
**ATF**
**99 New York Avenue, NE**
**Washington, DC 20226**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**        $ **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Debtor 1    **Ghulam Jilani Dossul**                                    Case number (if know)    **15-31296-BKC-AJC**
First Name          Middle Name              Last Name

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.3**

**Priority creditor's name and mailing address**
**ATF - Miami Field Division**
**11410 NW 20th St**
**Suite 201**
**Miami, FL 33172**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ __Unknown__    $ __Unknown__

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.4**

**Priority creditor's name and mailing address**
**Cynthia M. Baez**
**2737 W 69th Terr**
**Hialeah, FL 33016**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ __Unknown__    $ __Unknown__

**Date or dates debt was incurred**

**Basis for the claim:**
**Pre-Petition Wages (approx. 2 days)**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.5**

**Priority creditor's name and mailing address**
**Florida Department of Revenue**
**5050 W Tennessee St**
**Tallahassee, FL 32399-0100**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ __Unknown__    $ __Unknown__

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor 1  **Ghulam Jilani Dossul**  
First Name      Middle Name      Last Name

Case number (if know)  **15-31296-BKC-AJC**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.6**

**Priority creditor's name and mailing address**
**Geylam Chow**
**809 W 79th St**
**Hialeah, FL 33014**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ <u>Unknown</u>  $ <u>Unknown</u>

**Date or dates debt was incurred**

**Basis for the claim:**
**Pre-Petition Wages (approx. 2 days)**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.7**

**Priority creditor's name and mailing address**
**Ghulam Q. Dossul**
**12255 SW 123rd Ave**
**Miami, FL 33186**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ <u>Unknown</u>  $ <u>Unknown</u>

**Date or dates debt was incurred**

**Basis for the claim:**
**Pre-Petition Wages (approx. 2 days)**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.8**

**Priority creditor's name and mailing address**
**Imitiaz Oosman**
**14508 SW 139th Ave West**
**Miami, FL 33186**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ <u>Unknown</u>  $ <u>Unknown</u>

**Date or dates debt was incurred**

**Basis for the claim:**
**Pre-Petition Wages (approx. 2 days)**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor 1 | **Ghulam Jilani Dossul** | | | Case number *(if know)* | **15-31296-BKC-AJC** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.9**

**Priority creditor's name and mailing address**

**Internal Revenue Service**

**Cincinnati, OH 45999-0039**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **13,427.14**    $ **13,427.14**

| Date or dates debt was incurred | **Basis for the claim:** |
|---|---|
| | **Payroll #48, #49, #50, #51, QTR 3 Payment** |

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.10**

**Priority creditor's name and mailing address**

**Janne Fernandez**
**1275 NW 122 St**
**Miami, FL 33167**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**    $ **Unknown**

| Date or dates debt was incurred | **Basis for the claim:** |
|---|---|
| | **Pre-Petition Wages (approx. 2 days)** |

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.11**

**Priority creditor's name and mailing address**

**Julian C. Quinones**
**10385 SW 69th Lane**
**Miami, FL 33173**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**    $ **Unknown**

| Date or dates debt was incurred | **Basis for the claim:** |
|---|---|
| | **Pre-Petition Wages (approx. 2 days)** |

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor 1 | Ghulam Jilani Dossul | | | Case number *(if know)* | **15-31296-BKC-AJC** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.1 2**

**Priority creditor's name and mailing address**
**Marco A. Corea**
**627 W 29th St**
**Hialeah, FL 33012**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ __Unknown__   $ __Unknown__

**Date or dates debt was incurred**

**Basis for the claim:**
**Pre-Petition Wages (approx. 2 days)**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.1 3**

**Priority creditor's name and mailing address**
**Mariana Juarez**
**130 W 12 St**
**Hialeah, FL 33010**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ __Unknown__   $ __Unknown__

**Date or dates debt was incurred**

**Basis for the claim:**
**Pre-Petition Wages (approx. 2 days)**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.1 4**

**Priority creditor's name and mailing address**
**Mark Nading**
**21501 NW 3rd St**
**Hollywood, FL 33029**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ __Unknown__   $ __Unknown__

**Date or dates debt was incurred**

**Basis for the claim:**
**Pre-Petition Wages (approx. 2 days)**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1    **Ghulam Jilani Dossul**                                    Case number (*if know*)    **15-31296-BKC-AJC**
            First Name      Middle Name      Last Name

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.1 5 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
**Miami-Dade County Tax Collector**
**140 West Flagler Street**
**Room 101**
**Miami, FL 33130**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **836.38**          $ **836.38**

**Date or dates debt was incurred**

**Basis for the claim:**
**Tangible Personal Property Taxes 2015**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

| 2.1 6 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
**Richard Edwards**
**372 Sunshine Way**
**Westminster, MD 21157**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **314.95**          $ **314.95**

**Date or dates debt was incurred**

**Basis for the claim:**
**Customer Deposit**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (7)

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**AFCO Ins. Premium Finance**
**PO Box 371889**
**Pittsburgh, PA 15250-7889**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$          **14,976.52**

**Basis for the claim:**    **Acct. # 01-52522024-02 Acct. # 01-52522032-02**

---

Debtor 1   **Ghulam Jilani Dossul**                                    Case number *(if know)*   **15-31296-BKC-AJC**
           First Name      Middle Name         Last Name

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **1,743.59** |
|---|---|---|---|

**AIG**
**14221 SW 120th Street**
**Suite 115**
**Miami, FL 33186**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Property Insurance Premiums**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **19,693.70** |
|---|---|---|---|

**American Express Blue**
**PO Box 650448**
**Dallas, TX 75265-0448**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Account Ending 1-33005**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **3,054.81** |
|---|---|---|---|

**American Express Silver**
**PO Box 650448**
**Dallas, TX 75265**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Account Ending 8-63002**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **715.47** |
|---|---|---|---|

**Ameritas**
**5900 O Street**
**PO Box 81889**
**Lincoln, NE 68501-1889**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1   **Ghulam Jilani Dossul**                                    Case number (*if know*)   **15-31296-BKC-AJC**
　　　　　First Name　　　Middle Name　　　　Last Name

Basis for the claim:   **Dental Insurance for Employees**
　　　　　　　　　　　　　　**Policy # 010990011501**

Date or dates debt was incurred _____   Is the claim subject to offset?

　　　　　　　　　　　　　　　　　　　　　　　■ No
Last 4 digits of account number _____   ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | | $ | 741.15 |

**AT&T**
**Bankruptcy Deptartment**
**PO Box 769**
**Arlington, TX 76004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Acct. # 171-797-2610-001**

Date or dates debt was incurred _____   Is the claim subject to offset?

　　　　　　　　　　　　　　　　　　　　　　　■ No
Last 4 digits of account number _____   ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | | $ | 198.65 |

**AT&T**
**PO Box 6463**
**Carol Stream**
**Carol Stream, IL 60197-6463**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Acct. # 171-798-0950-001**

Date or dates debt was incurred _____   Is the claim subject to offset?

　　　　　　　　　　　　　　　　　　　　　　　■ No
Last 4 digits of account number _____   ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | | $ | 311.35 |

**AT&T Mobility**
**PO Box 6463**
**Carol Stream, IL 60197**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Acct. # 993738935**

Date or dates debt was incurred _____   Is the claim subject to offset?

　　　　　　　　　　　　　　　　　　　　　　　■ No
Last 4 digits of account number _____   ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | | $ | 0.00 |

As of the petition filing date, the claim is:

---

Debtor 1   **Ghulam Jilani Dossul**

First Name         Middle Name         Last Name

Case number (*if know*)   **15-31296-BKC-AJC**

**Brian A. Hart**
**201 S. Biscayne Blvd.**
**22nd Floor**
**Miami, FL 33131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 34,859.32 |

**Chase United Visa**
**Cardmember Service**
**PO Box 15153**
**Wilmington, DE 19886**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Account Ending 8-0149**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 0.00 |

**Clark Silvergate**
**799 Brickell Plaza**
**#900**
**Miami, FL 33131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Legal Services**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 4,660.50 |

**Contract Services, Inc.**
**9501 SW 97th St**
**Miami, FL 33176**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **All Services rendered**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Debtor 1  **Ghulam Jilani Dossul**

First Name      Middle Name      Last Name

Case number (if know)  **15-31296-BKC-AJC**

---

**3.1**
**3**

**Nonpriority creditor's name and mailing address**

**Crystal Springs**
**PO Box 660579**
**Dallas, TX 75266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Acct. # 130581614192928

$  134.52

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

**3.1**
**4**

**Nonpriority creditor's name and mailing address**

**Dalbani**
**4225 NW 72nd Avenue**
**Miami, FL 33166**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **November and December rents**

$  17,600.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

**3.1**
**5**

**Nonpriority creditor's name and mailing address**

**Farmington Display**
**21 Hyde Road**
**Farmington, CT 06032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Inv. # 51929

$  619.05

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

**3.1**
**6**

**Nonpriority creditor's name and mailing address**

**Genworth Life and Annuity**
**PO Box 40010**
**Lynchburg, VA 24506**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$  160,000.00

---

Debtor 1    **Ghulam Jilani Dossul**
       First Name       Middle Name       Last Name

Case number (if know)    **15-31296-BKC-AJC**

---

| Date or dates debt was incurred | Is the claim subject to offset? |
|---|---|
| Last 4 digits of account number | ■ No<br>☐ Yes |

---

**3.17**

Nonpriority creditor's name and mailing address
**Ghulam Jilani Dossul**
**13703 SW 92nd Court**
**Miami, FL 33176**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$    **836,750.00**

| Date or dates debt was incurred | Is the claim subject to offset? |
|---|---|
| Last 4 digits of account number | ■ No<br>☐ Yes |

---

**3.18**

Nonpriority creditor's name and mailing address
**Ghulam Mohammad Dossul & Co.**
**PO Box 7297**
**Karachi, Sindh**
**PAKISTAN**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$    **276,468.00**

| Date or dates debt was incurred | Is the claim subject to offset? |
|---|---|
| Last 4 digits of account number | ■ No<br>☐ Yes |

---

**3.19**

Nonpriority creditor's name and mailing address
**Guarantee Insurance Company**
**PO Box 406012**
**Atlanta, GA 30384**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Policy #WCP100684405GIC**

$    **1,867.00**

| Date or dates debt was incurred | Is the claim subject to offset? |
|---|---|
| Last 4 digits of account number | ■ No<br>☐ Yes |

---

**3.20**

Nonpriority creditor's name and mailing address
**Hartford Insurance Company**
**PO Box 660916**
**Dallas, TX 75266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **2,460.16**

---

Debtor 1  **Ghulam Jilani Dossul**                                    Case number (*if know*)  **15-31296-BKC-AJC**
_____First Name_____Middle Name_____Last Name_____

|  | | |
|---|---|---|
| | **Basis for the claim:** | **Account # 10749936** |

Date or dates debt was incurred _____        **Is the claim subject to offset?**

Last 4 digits of account number _____        ■ No
                                                  ☐ Yes

---

**3.2.1**

**Nonpriority creditor's name and mailing address**
**James Monroe Associates**
**104 College Ave.**
**Westerville, OH 43081**

**As of the petition filing date, the claim is:**                     $ **15,124.98**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Commissions**

Date or dates debt was incurred _____        **Is the claim subject to offset?**

Last 4 digits of account number _____        ■ No
   ☐ Yes

---

**3.2.2**

**Nonpriority creditor's name and mailing address**
**Long Island Investment Partners, LLC**
**c/o Marko Cerenko, Esq.**
**Kluger Kalpan**
**201 S. Biscayne Blvd, 27th FL**
**Miami, FL 33131**

**As of the petition filing date, the claim is:**                     $ **0.00**
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  _____

Date or dates debt was incurred _____        **Is the claim subject to offset?**

Last 4 digits of account number _____        ☐ No
   ■ Yes

---

**3.2.3**

**Nonpriority creditor's name and mailing address**
**Longlac Enterprises, Inc.**
**PO Box 6-4700**
**El Dorado, Panama**
**PANAMA**

**As of the petition filing date, the claim is:**                     $ **1,608,710.22**
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  _____

Date or dates debt was incurred _____        **Is the claim subject to offset?**

Last 4 digits of account number _____        ☐ No
   ■ Yes

---

**3.2.4**

**Nonpriority creditor's name and mailing address**           **As of the petition filing date, the claim is:**                     $ **576.29**

---

Debtor 1    **Ghulam Jilani Dossul**

First Name          Middle Name          Last Name

Case number *(if know)*    **15-31296-BKC-AJC**

---

**M.L. Ray & Assoc., Inc.**
**PO Box 774**
**3857 S. Cave Road**
**Versailles, IN 47042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Commissions**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2 5 | | | |

**Nonpriority creditor's name and mailing address**
**Marcum Accountants & Advisors**
**One SE 3rd Ave**
**Suite 1100**
**Miami, FL 33131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **22,245.51**

**Basis for the claim:**    **Client # 107969**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2 6 | | | |

**Nonpriority creditor's name and mailing address**
**NASGW Renewal Membership**
**1 Parkview Plaza**
**17110 22nd Street**
**Suite 800**
**Villa Park, IL 60181**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **850.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2 7 | | | |

**Nonpriority creditor's name and mailing address**
**Northern Tackle**
**11438-97 Avenue**
**Grand Prairie, Alberta**
**AB T8V 5Z5**
**CANADA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **36,783.97**

**Basis for the claim:**    **Refund - US Dollars**

---

Debtor 1    **Ghulam Jilani Dossul**

First Name        Middle Name        Last Name

Case number (if know)    **15-31296-BKC-AJC**

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number | ■ No |
| | ☐ Yes |

| 3.2 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 4,650.00 |
|---|---|---|---|

**NRA Annual Shows**
**11250 Waples Mill Road**
**Fairfax, VA 22030**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **SGAI/CD booth 2016**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

| 3.2 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 527.12 |
|---|---|---|---|

**Nth Service**
**PO Box 306157**
**Nashville, TN 37230**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Inv. # 361503**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

| 3.3 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 800.00 |
|---|---|---|---|

**Outdoor Sportsman Group**
**NW 5899**
**PO Box 1450**
**Minneapolis, MN 55485-5899**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Advertisement**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

| 3.3 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 369.62 |
|---|---|---|---|

**R&L Carriers**
**600 Gillam Road**
**PO Box 271**
**Wilmington, OH 45177**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor 1    **Ghulam Jilani Dossul**                          Case number (*if know*)    **15-31296-BKC-AJC**
_____                              _____
First Name        Middle Name        Last Name

**Basis for the claim:**    Freight Bill # D950932692
_____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    _____    ■ No
                                                     ☐ Yes

---

| 3.3 2 | **Nonpriority creditor's name and mailing address**<br>**R&R Freight**<br>**49 Fowler Road**<br>**North Branford, CT 06471** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 500.00 |

**Basis for the claim:**    Inv. # 31325
_____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    _____    ■ No
                                                     ☐ Yes

---

| 3.3 3 | **Nonpriority creditor's name and mailing address**<br>**RM Equipment Inc.**<br>**c/o Marko Cerenko, Esq.**<br>**Kluger Kaplan**<br>**201 S. Biscayne Blvd., 27th FL**<br>**Miami, FL 33131** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $ 356,383.00 |

**Basis for the claim:**    _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    _____    ☐ No
                                                     ■ Yes

---

| 3.3 4 | **Nonpriority creditor's name and mailing address**<br>**Ronald J. Martin**<br>**14430 Mustang Trail**<br>**Fort Lauderdale, FL 33330** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $ 0.00 |

**Basis for the claim:**    _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    _____    ☐ No
                                                     ■ Yes

---

| 3.3 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 0.00 |

Debtor 1   **Ghulam Jilani Dossul**                                    Case number (if know)   **15-31296-BKC-AJC**
          First Name       Middle Name       Last Name

**Shannash Properties Inc.**                          *Check all that apply.*
c/o Abbey L. Kaplan, Esq.                            ■ Contingent
**Kluger Kaplan**                                    ■ Unliquidated
**201 S. Biscayne Blvd., 27th FL**                   ■ Disputed
**Miami, FL 33131**

**Basis for the claim:**
_____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**
                                                    ☐ No
Last 4 digits of account number   _____   ■ Yes

---

| 3.3 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **1,642.84** |
|---|---|---|---|

**Tom Colli & Association**                          *Check all that apply.*
**15 Woodland Heights**                              ☐ Contingent
**Ware, MA 01082**                                   ☐ Unliquidated
                                                     ☐ Disputed

**Basis for the claim:**   **Commissions**

Date or dates debt was incurred   _____   **Is the claim subject to offset?**
                                                    ■ No
Last 4 digits of account number   _____   ☐ Yes

---

| 3.3 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **12,855.82** |
|---|---|---|---|

**United Healthcare**                                *Check all that apply.*
**PO Box 580046**                                    ☐ Contingent
**Charlotte, NC 28258**                              ☐ Unliquidated
                                                     ☐ Disputed

**Basis for the claim:**   **Policy # B20438**

Date or dates debt was incurred   _____   **Is the claim subject to offset?**
                                                    ■ No
Last 4 digits of account number   _____   ☐ Yes

---

| 3.3 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **5,119.52** |
|---|---|---|---|

**UPS**                                              *Check all that apply.*
**POB 7247-0244**                                    ☐ Contingent
**Philadelphia, PA 19170-0001**                      ☐ Unliquidated
                                                     ☐ Disputed

**Basis for the claim:**   **Shipping Service**

Debtor 1   **Ghulam Jilani Dossul**       Case number (*if know*)   **15-31296-BKC-AJC**

First Name    Middle Name    Last Name

---

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.3 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **85.00** |

**Vision Communications**
PO Box 151069
Grand Rapids, MI 49515

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Inv. # 11-300052

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.4 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **480.54** |

**Waste Management Inc. of Florida**
PO Box 42930
Phoenix, AZ 85080

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Acct. # 194-0126033-2194-9

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.4 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **97,837.85** |

**Wells Fargo**
**Wells Fargo Business Correspondence**
PO Box 29482
Phoenix, AZ 85038

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Debtor 1 | Ghulam Jilani Dossul | | | Case number (if know) | 15-31296-BKC-AJC |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**Po Box 21126**<br>**Philadelphia, PA 19114** | Line **2.9**<br><br>☐ Not listed. Explain _____ | _____ |
| 4.2 | **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | Line **2.9**<br><br>☐ Not listed. Explain _____ | _____ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $                14,578.47 |
| 5b. Total claims from Part 2 | 5b.  + | $          3,542,396.07 |
| 5c. Total of Parts 1 and 2<br>     Lines 5a + 5b = 5c. | 5c. | $          3,556,974.54 |

**Fill in this information to identify the case:**

Debtor name **Samco Global Arms, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **15-31296-BKC-AJC**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Lease for Phone System - Monthly Payment $201.89 per month** State the term remaining List the contract number of any government contract | **AT&T Capital Services, Inc. 13160 Collections Center Dr Chicago, IL 60693** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Commercial Lease for Debtor's Headquarters and Warehouse** State the term remaining **through May 31, 2017** List the contract number of any government contract | **Dalbani Corporation of America 4225 NW 72nd Ave Miami, FL 33166** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Samco Global Arms, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **15-31296-BKC-AJC**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*

*Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Ghulam Jilani Dossul | 4225 NW 72nd Avenue Miami, FL 33166 | JACA Business Corporation | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | Ghulam Jilani Dossul | 4225 NW 72nd Avenue Miami, FL 33166 | Sauce, Inc. | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.3 | Ghulam Jilani Dossul | 4225 NW 72nd Avenue Miami, FL 33166 | Wells Fargo | ☐ D _____ ■ E/F __3.41__ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Samco Global Arms, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **15-31296-BKC-AJC**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2015** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$1,327,843.46** |
| **For prior year:** From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other  _____ | **$1,557,566.00** |
| **For year before that:** From  **1/01/2013** to **12/31/2013** | ■ Operating a business<br>☐ Other  _____ | **$3,893,437.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

| Debtor | Samco Global Arms, Inc. | | Case number *(if known)* | **15-31296-BKC-AJC** |

| Creditor's Name and Address | | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **See attached** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | **See attached** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:    Certain Gifts and Charitable Contributions**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

10:24 AM

12/16/15

Accrual Basis

**SAMCO GLOBAL ARMS, INC.**
# Find Report
**September 6 through December 7, 2015**

| Type | Date | Num | Name | Memo | Account | Split | Amount | Balance |
|------|------|-----|------|------|---------|-------|--------|---------|
| **Sep 6 - Dec 7, 15** | | | | | | | | |
| Check | 12/1/2015 | 34962 | GHULAM J DOSSUL | "Interest from 10-15-15 to 11-15-15" | Cash - Wells Fargo | Interest Expense | -131.25 | -131.25 |
| Check | 12/1/2015 | 34961 | GHULAM J DOSSUL | "Interest from 10-14-15 to 11-14-15" | Cash - Wells Fargo | Interest Expense | -218.75 | -350.00 |
| Check | 12/1/2015 | 34960 | GHULAM J DOSSUL | "Interest from 10-28-15 to 11-28-15" | Cash - Wells Fargo | Interest Expense | -787.50 | -1,137.50 |
| Check | 12/1/2015 | 34959 | GHULAM J DOSSUL | "Interest from 10-28-15 to 11-28-15" | Cash - Wells Fargo | Interest Expense | -1,400.00 | -2,537.50 |
| Check | 11/24/2015 | 34958 | ROSS FOWLER | OVERPAYMENT/REFUND INV# 127544 | Cash - Wells Fargo | REFUND | -50.05 | -2,587.55 |
| Check | 11/20/2015 | 34948 | NEIGHBORHOOD HEALTH PARTNERS... | GROUP ID# B20438: 11/01/15-11/30/15 | Cash - Wells Fargo | Group | -11,047.24 | -13,634.79 |
| Check | 11/20/2015 | 34949 | YRC | FREIGHT OUT-495-259435 | Cash - Wells Fargo | Freight Out | -392.00 | -14,026.79 |
| Check | 11/20/2015 | 34950 | PURCHASE POWER | ACC# 8000 9000 0162 4695 | Cash - Wells Fargo | Postage and Courier | -100.00 | -14,126.79 |
| Check | 11/20/2015 | 34951 | CONTRACT SERVICES | INVOICE#4728/paid in half balance | Cash - Wells Fargo | COMPUTER SERVIC... | -398.75 | -14,525.54 |
| Check | 11/20/2015 | 34952 | CONTRACT SERVICES | INVOICE#4739/paid in 1/3 balance | Cash - Wells Fargo | COMPUTER SERVIC... | -614.67 | -15,140.21 |
| Check | 11/20/2015 | 34953 | JOHN DICKINSON | OVERPAID IN SHIPPING/REFUND INV#127491 | Cash - Wells Fargo | REFUND | -16.00 | -15,156.21 |
| Check | 11/20/2015 | 34954 | COSTCO WHSLE CLUB | Employees meal - Thanksgiving | Cash - Wells Fargo | Meals | -172.69 | -15,328.90 |
| Check | 11/20/2015 | 34955 | AT&T CAPITAL SERVICES, INC | INVOICE# 2971799 | Cash - Wells Fargo | Telephone | -201.89 | -15,530.79 |
| Check | 11/20/2015 | 34956 | MARK HOFFMAN | INV DATE: 26OCT2015 | Cash - Wells Fargo | Cost of Goods Sold | -675.00 | -16,205.79 |
| Check | 11/20/2015 | 34957 | MARK HOFFMAN | INV DATE: 06NOV2015 | Cash - Wells Fargo | Cost of Goods Sold | -383.00 | -16,588.79 |
| Check | 11/18/2015 | 34945 | Ghulam Q. Dossul | Reimbursement of warehouse/office supplies | Cash - Wells Fargo | Warehouse Supplies | -127.25 | -16,716.04 |
| Check | 11/18/2015 | 34946 | PUBLIX | Employee Meal Thanksgiving | Cash - Wells Fargo | Meal & Ent | -78.08 | -16,794.12 |
| Check | 11/18/2015 | 34947 | VOID   VOID   VOID   VOID   VOID | | Cash - Wells Fargo | Void Checks | 0.00 | -16,794.12 |
| Check | 11/17/2015 | 34944 | AMERITAS LIFE INS CO | POLICY#: 010-9900-11501103, 10/1-10/31/2015 | Cash - Wells Fargo | Group | -595.56 | -17,389.68 |
| Check | 11/12/2015 | 34938 | CASH | warehouse supplies | Cash - Wells Fargo | Warehouse Supplies | -200.00 | -17,589.68 |
| Check | 11/12/2015 | 34939 | FARMINGTON DISPLAY | INVOICE#: 51970 | Cash - Wells Fargo | Promotion | -350.00 | -17,939.68 |
| Check | 11/12/2015 | 34940 | FLORIDA DEPT OF REVENUE | CERT#: 23-8012081912-1/OCT 2015 | Cash - Wells Fargo | Sales Tax Payable - FL | -123.84 | -18,063.52 |
| Check | 11/12/2015 | 34941 | NTH DEGREE | OCT 2015 storage/INV# 360843 | Cash - Wells Fargo | Storage | -195.50 | -18,259.02 |
| Check | 11/12/2015 | 34942 | AMERITAS LIFE INS CO | POLICY#: 010-9900-11501103, 11/1-11/30/2015 | Cash - Wells Fargo | Group | -835.38 | -19,094.40 |
| Check | 11/12/2015 | 34943 | ULINE | INV#7197 1962 | Cash - Wells Fargo | Office Expenses | -40.63 | -19,135.03 |
| Check | 11/10/2015 | 34935 | GHULAM J DOSSUL | Interest expense | Cash - Wells Fargo | Interest Expense | -450.00 | -19,585.03 |
| Check | 11/10/2015 | 34936 | GHULAM J DOSSUL | Interest expense | Cash - Wells Fargo | Interest Expense | -450.00 | -20,035.03 |
| Check | 11/10/2015 | 34937 | FELDMAN GALE, P.A. | Invoice#: 53131 | Cash - Wells Fargo | Legal Fees | -342.00 | -20,377.03 |
| Check | 11/6/2015 | 34924 | AIR SEA FORWARDERS INC | INV#201.4685462 | Cash - Wells Fargo | Freight Out | -704.92 | -21,081.95 |
| Check | 11/6/2015 | 34925 | S.A.I.L. | P.L. Premium/5th installment/Jan '15 | Cash - Wells Fargo | Liability Ins. | -2,060.47 | -23,142.42 |
| Check | 11/6/2015 | 34926 | S.A.I.L. | P.L. Premium/6th installment/Feb '15 | Cash - Wells Fargo | Liability Ins. | -2,060.47 | -25,202.89 |
| Check | 11/6/2015 | 34927 | S.A.I.L. | P.L. Premium/7th installment/Mar '15 | Cash - Wells Fargo | Liability Ins. | -2,060.47 | -27,263.36 |
| Check | 11/6/2015 | 34928 | S.A.I.L. | P.L. Premium/8th installment/Apr '15 | Cash - Wells Fargo | Liability Ins. | -2,060.47 | -29,323.83 |
| Check | 11/6/2015 | 34929 | PACKAGING CORP OF AMERICA | INV# 350-791459/PACKING MATERIAL | Cash - Wells Fargo | Shipping Expenses | -2,301.35 | -31,625.18 |
| Check | 11/6/2015 | 34930 | INTERMEDIA OUTDOORS INC | INVOICE NUMBER: SN637645 | Cash - Wells Fargo | Taxes | -800.00 | -32,425.18 |
| Check | 11/6/2015 | 34931 | YRC | FREIGHT OUT-482-929141 | Cash - Wells Fargo | Freight Out | -486.97 | -32,912.15 |
| Check | 11/6/2015 | 34932 | FLORIDA HARDWARE COMPANY | INVOICE#RI 1452955 | Cash - Wells Fargo | Warehouse Supplies | -948.00 | -33,860.15 |
| Check | 11/6/2015 | 34933 | WILLIAM'S SHOOTERS SUPPLY, INC. | INVOICE NO. 21544442 | Cash - Wells Fargo | Cost of Goods Sold | -452.00 | -34,312.15 |
| Check | 11/6/2015 | 34934 | J & G SALES, LTD | INVOICE#: 1270586-IN | Cash - Wells Fargo | Cost of Goods Sold | -309.73 | -34,621.88 |
| Check | 11/5/2015 | 34918 | GHULAM J DOSSUL | Interest from 9-15-15 to 10-15-15 | Cash - Wells Fargo | Interest Expense | -131.25 | -34,753.13 |
| Check | 11/5/2015 | 34919 | GHULAM J DOSSUL | Interest from 9-14-15 to 10-14-15 | Cash - Wells Fargo | Interest Expense | -218.75 | -34,971.88 |
| Check | 11/5/2015 | 34920 | GHULAM J DOSSUL | Interest from 8-28-15 to 9-28-15 | Cash - Wells Fargo | Interest Expense | -787.50 | -35,759.38 |
| Check | 11/5/2015 | 34921 | GHULAM J DOSSUL | Interest from 9-28-15 to 10-28-15 | Cash - Wells Fargo | Interest Expense | -1,400.00 | -37,159.38 |
| Check | 11/5/2015 | 34922 | GHULAM J DOSSUL | repayment of loan | Cash - Wells Fargo | Interest Expense | -1,000.00 | -38,159.38 |
| Check | 11/2/2015 | 34923 | DALBANI CORPORATION OF AMERICA | Rent-October/paid in full | Cash - Wells Fargo | Rent | -8,800.76 | -46,960.14 |
| Check | 10/26/2015 | 34914 | NEIGHBORHOOD HEALTH PARTNERS... | GROUP ID# B20438: 10/01/15-10/31/15 | Cash - Wells Fargo | Group | -11,498.26 | -58,456.40 |
| Check | 10/26/2015 | 34915 | YRC | FREIGHT OUT-482-699537 | Cash - Wells Fargo | Freight Out | -542.10 | -58,998.50 |
| Check | 10/26/2015 | 34916 | B.A.T.F. (TTB) | EXCISE TAX 3rd QTR 2015 7/1 - 9/30 | Cash - Wells Fargo | Cost of Goods Sold | -26,270.34 | -85,268.84 |
| Check | 10/26/2015 | 34917 | AT&T CAPITAL SERVICES, INC | INVOICE# 2969378 | Cash - Wells Fargo | Telephone | -201.89 | -85,470.73 |
| Check | 10/23/2015 | 34913 | CASH | Travel expense | Cash - Wells Fargo | Travel | -550.00 | -86,020.73 |
| Check | 10/21/2015 | 34912 | VOID   VOID   VOID   VOID   VOID | | Cash - Wells Fargo | Void Checks | 0.00 | -86,020.73 |
| Check | 10/20/2015 | 34909 | GHULAM J DOSSUL | Interest exp | Cash - Wells Fargo | Interest Expense | -450.00 | -86,470.73 |
| Check | 10/20/2015 | 34910 | GHULAM J DOSSUL | Interest exp | Cash - Wells Fargo | Interest Expense | -450.00 | -86,920.73 |
| Check | 10/20/2015 | 34911 | CONTRACT SERVICES | INVOICE#4696/paid in full balance | Cash - Wells Fargo | COMPUTER SERVIC... | -834.17 | -87,754.90 |
| Check | 10/16/2015 | 34905 | GHULAM J DOSSUL | Interest from 8/15/15 to 9/15/15 | Cash - Wells Fargo | Interest Expense | -131.25 | -87,886.15 |

10:24 AM

12/16/15

Accrual Basis

**SAMCO GLOBAL ARMS, INC.**
# Find Report
### September 6 through December 7, 2015

| Type | Date | Num | Name | Memo | Account | Split | Amount | Balance |
|------|------|-----|------|------|---------|-------|--------|---------|
| Check | 10/16/2015 | 34906 | GHULAM J DOSSUL | Interest from 8/14/15 to 9/14/15 | Cash - Wells Fargo | Interest Expense | -218.75 | -88,104.90 |
| Check | 10/16/2015 | 34907 | GHULAM J DOSSUL | Interest from 7/28/15 to 8/28/15 | Cash - Wells Fargo | Interest Expense | -787.50 | -88,892.40 |
| Check | 10/16/2015 | 34908 | GHULAM J DOSSUL | Interest from 8/28/15 to 9/28/15 | Cash - Wells Fargo | Interest Expense | -1,400.00 | -90,292.40 |
| Check | 10/15/2015 | 34904 | CYNTHIA BAEZ | Loan | Cash - Wells Fargo | LOAN RECEIVABLE-... | -650.00 | -90,942.40 |
| Check | 10/14/2015 | 34894 | PAUL VELLA | OVERPAID IN SHIPPING/CREDIT | Cash - Wells Fargo | REFUND | -10.10 | -90,952.50 |
| Check | 10/14/2015 | 34895 | FLORIDA DEPT OF REVENUE | CERT#: 23-8012081912-1/SEP 2015 | Cash - Wells Fargo | Sales Tax Payable - FL | -145.95 | -91,098.45 |
| Check | 10/14/2015 | 34896 | NORTH CAROLINA DEPT OF REVENUE | ID#010135902/ 59-2142433 - JUL-AUG-SEPT ... | Cash - Wells Fargo | Taxes | -205.43 | -91,303.88 |
| Check | 10/14/2015 | 34897 | FEDEX | INVOICE#: 5-168-00747 | Cash - Wells Fargo | Licenses and Permits | -37.43 | -91,341.31 |
| Check | 10/14/2015 | 34898 | INTERMEDIA OUTDOORS INC | INVOICE NUMBER: SN635856 | Cash - Wells Fargo | Taxes | -800.00 | -92,141.31 |
| Check | 10/14/2015 | 34899 | CONTRACT SERVICES | INVOICE#4688/paid in full balance | Cash - Wells Fargo | COMPUTER SERVIC... | -715.00 | -92,856.31 |
| Check | 10/14/2015 | 34900 | CONTRACT SERVICES | INVOICE#4710/paid in full balance | Cash - Wells Fargo | COMPUTER SERVIC... | -742.00 | -93,598.31 |
| Check | 10/14/2015 | 34901 | NTH DEGREE | SEP 2015 storage/INV# 359837 | Cash - Wells Fargo | Storage | -195.50 | -93,793.81 |
| Check | 10/14/2015 | 34902 | FARMINGTON DISPLAY | INVOICE: 51859 | Cash - Wells Fargo | Promotion | -98.52 | -93,892.33 |
| Check | 10/14/2015 | 34903 | BUREAU ALCOHOL,TOBACCO, FIREAR... | IMPORT REGISTRATION FEES 1 YEAR | Cash - Wells Fargo | -SPLIT- | -250.00 | -94,142.33 |
| Check | 9/30/2015 | 34892 | DALBANI CORPORATION OF AMERICA | Rent-Sept/Paid in full | Cash - Wells Fargo | Security & Alarm | -4,400.38 | -98,542.71 |
| Check | 9/30/2015 | 34893 | CASH | Travel expense | Cash - Wells Fargo | Travel | -350.00 | -98,892.71 |
| Check | 9/25/2015 | 34891 | INTERNAL REVENUE SERVICE | ID#: 59-2142433/Jun. '15/941 penalty | Cash - Wells Fargo | Payroll Taxes Payable | -1,618.81 | -100,511.52 |
| Check | 9/23/2015 | 34882 | GHULAM J DOSSUL | Interest from 6/14/15 to 7/14/15 | Cash - Wells Fargo | Interest Expense | -218.75 | -100,730.27 |
| Check | 9/23/2015 | 34883 | GHULAM J DOSSUL | Interest from 5/28/15 to 6/28/15 | Cash - Wells Fargo | Interest Expense | -787.50 | -101,517.77 |
| Check | 9/23/2015 | 34884 | GHULAM J DOSSUL | Interest from 6/5/15 to 7/5/15 | Cash - Wells Fargo | Interest Expense | -1,400.00 | -102,917.77 |
| Check | 9/23/2015 | 34885 | GHULAM J DOSSUL | Interest from 6/5/15 to 7/5/15 | Cash - Wells Fargo | Interest Expense | -131.25 | -103,049.02 |
| Check | 9/23/2015 | 34886 | GHULAM J DOSSUL | Interest from 7/5/15 to 8/5/15 | Cash - Wells Fargo | Interest Expense | -131.25 | -103,180.27 |
| Check | 9/23/2015 | 34887 | GHULAM J DOSSUL | Interest from 7/14/15 to 8/14/15 | Cash - Wells Fargo | Interest Expense | -218.75 | -103,399.02 |
| Check | 9/23/2015 | 34888 | GHULAM J DOSSUL | Interest from 6/28/15 to 7/28/15 | Cash - Wells Fargo | Interest Expense | -787.50 | -104,186.52 |
| Check | 9/23/2015 | 34889 | GHULAM J DOSSUL | Interest from 7/28/15 to 8/28/15 | Cash - Wells Fargo | Interest Expense | -1,400.00 | -105,586.52 |
| Check | 9/23/2015 | 34890 | CASH | Warehouse supplies | Cash - Wells Fargo | Meals | -300.00 | -105,886.52 |
| Check | 9/21/2015 | 34881 | Ghulam Q. Dossul | Reimbursement of warehouse supplies/employ... | Cash - Wells Fargo | Warehouse Supplies | -65.95 | -105,952.47 |
| Check | 9/18/2015 | 34860 | DALBANI CORPORATION OF AMERICA | Rent - Sept/half balance | Cash - Wells Fargo | Rent | -4,400.38 | -110,352.85 |
| Check | 9/18/2015 | 34861 | DALBANI CORPORATION OF AMERICA | July - Alarm reimbursement | Cash - Wells Fargo | Security & Alarm | -312.44 | -110,665.29 |
| Check | 9/18/2015 | 34862 | DALBANI CORPORATION OF AMERICA | Aug - Alarm reimbursement | Cash - Wells Fargo | Security & Alarm | -312.44 | -110,977.73 |
| Check | 9/18/2015 | 34863 | DALBANI CORPORATION OF AMERICA | September - Alarm reimbursement | Cash - Wells Fargo | Security & Alarm | -312.44 | -111,290.17 |
| Check | 9/18/2015 | 34864 | DALBANI CORPORATION OF AMERICA | June 11 to July 11/FPL reimbursement | Cash - Wells Fargo | Security & Alarm | -800.00 | -112,090.17 |
| Check | 9/18/2015 | 34865 | DALBANI CORPORATION OF AMERICA | July 11 to Aug 11/FPL reimbursement | Cash - Wells Fargo | Security & Alarm | -800.00 | -112,890.17 |
| Check | 9/18/2015 | 34866 | DALBANI CORPORATION OF AMERICA | Aug 11 to Sept 11/FFL reimbursement | Cash - Wells Fargo | Security & Alarm | -800.00 | -113,690.17 |
| Check | 9/18/2015 | 34867 | NEIGHBORHOOD HEALTH PARTNERS... | GROUP ID# B20438. 09/01/15-09/30/15 | Cash - Wells Fargo | Group | -11,496.26 | -125,186.43 |
| Check | 9/18/2015 | 34868 | AFCO | ACC# 01-52522024-02 | Cash - Wells Fargo | Liability Ins. | -1,726.42 | -126,912.85 |
| Check | 9/18/2015 | 34869 | AFCO | ACC# 01-52522032-02 | Cash - Wells Fargo | Liability Ins. | -923.60 | -127,836.45 |
| Check | 9/18/2015 | 34870 | ULINE | INV#70193952 | Cash - Wells Fargo | Office Expenses | -52.47 | -127,888.92 |
| Check | 9/18/2015 | 34871 | INTERMEDIA OUTDOORS INC | INVOICE NUMBER: SN634424 | Cash - Wells Fargo | Taxes | -800.00 | -128,688.92 |
| Check | 9/18/2015 | 34872 | AMERITAS LIFE INS CO | POLICY#: 010-5900-11501103, 9/1-9/31/2015 | Cash - Wells Fargo | Group | -595.56 | -129,284.48 |
| Check | 9/18/2015 | 34873 | VISION COMMUNICATIONS | INVOICE# 14-30112 | Cash - Wells Fargo | COMPUTER SERVIC... | -102.50 | -129,386.98 |
| Check | 9/18/2015 | 34874 | GUARANTEE INSURANCE COMPANY | #WCP100684404GIC/REG0001614759-1643227 | Cash - Wells Fargo | W/C | -1,933.00 | -131,319.98 |
| Check | 9/18/2015 | 34875 | AT&T CAPITAL SERVICES, INC | INVOICE# 2966926 | Cash - Wells Fargo | Telephone | -201.89 | -131,521.87 |
| Check | 9/18/2015 | 34876 | TM IMPORT EXPORT | INVOICE#165964 | Cash - Wells Fargo | Warehouse Supplies | -225.66 | -131,747.53 |
| Check | 9/18/2015 | 34877 | CONTRACT SERVICES | INVOICE#4720/paid 1/3 of balance | Cash - Wells Fargo | COMPUTER SERVIC... | -843.33 | -132,590.86 |
| Check | 9/18/2015 | 34878 | VISION COMMUNICATIONS | INVOICE# 14-30113 | Cash - Wells Fargo | COMPUTER SERVIC... | -618.50 | -133,209.36 |
| Check | 9/18/2015 | 34879 | CASH | WAREHOUSE SUPPLIES | Cash - Wells Fargo | Warehouse Supplies | -55.92 | -133,265.28 |
| Check | 9/18/2015 | 34880 | CASH | Employees meal | Cash - Wells Fargo | Meals | -74.87 | -133,340.15 |
| Check | 9/12/2015 | 16323 | 170 -JULIAN QUINONES | | Cash - Wells Farg... | -SPLIT- | -411.31 | -133,751.46 |
| Check | 9/11/2015 | 34854 | NTH DEGREE | AUG 2015 storage/INV# 359341 | Cash - Wells Fargo | Storage | -195.50 | -133,946.96 |
| Check | 9/11/2015 | 34855 | FEDEX | INVOICE#: 5-138-82888 | Cash - Wells Fargo | Licenses and Permits | -38.17 | -133,985.13 |
| Check | 9/11/2015 | 34856 | CONTRACT SERVICES | INVOICE#4710/paid 1/2 of balance | Cash - Wells Fargo | COMPUTER SERVIC... | -742.50 | -134,727.63 |
| Check | 9/11/2015 | 34857 | GHULAM J DOSSUL | Interest exp on 150k | Cash - Wells Fargo | Interest Expense | -450.00 | -135,177.63 |

10:24 AM

12/16/15

Accrual Basis

## SAMCO GLOBAL ARMS, INC.
## Find Report
### September 6 through December 7, 2015

| Type | Date | Num | Name | Memo | Account | Split | Amount | Balance |
|------|------|-----|------|------|---------|-------|--------|---------|
| Check | 9/11/2015 | 34858 | GHULAM J DOSSUL | Interest exp on 150k | Cash - Wells Fargo | Interest Expense | -450.00 | -135,627.63 |
| Check | 9/11/2015 | 34859 | GHULAM J DOSSUL | Interest exp on 150k | Cash - Wells Fargo | Interest Expense | -450.00 | -136,077.63 |
| Sep 6 - Dec 7, 15 | | | | | | | -136,077.63 | -136,077.63 |

10:14 AM

12/16/15

Accrual Basis

## SAMCO GLOBAL ARMS, INC.
## Find Report
### December 7, 2014 through December 16, 2015

| Type | Date | Num | Name | Memo | Account | Split | Amount | Balance |
|------|------|-----|------|------|---------|-------|--------|---------|
| **Dec 7, '14 - Dec 16, 15** | | | | | | | | |
| Check | 12/1/2015 | 34962 | GHULAM J DOSS... | "Interest from 10-15-15 to 11-15-15" | Cash - Wells Fargo | Interest Expense | -131.25 | -131.25 |
| Check | 12/1/2015 | 34961 | GHULAM J DOSS... | "Interest from 10-14-15 to 11-14-15" | Cash - Wells Fargo | Interest Expense | -218.75 | -350.00 |
| Check | 12/1/2015 | 34960 | GHULAM J DOSS... | "Interest from 10-28-15 to 11-28-15" | Cash - Wells Fargo | Interest Expense | -787.50 | -1,137.50 |
| Check | 12/1/2015 | 34959 | GHULAM J DOSS... | "Interest from 10-28-15 to 11-28-15" | Cash - Wells Fargo | Interest Expense | -1,400.00 | -2,537.50 |
| Check | 11/10/2015 | 34935 | GHULAM J DOSS... | Interest expense | Cash - Wells Fargo | Interest Expense | -450.00 | -2,987.50 |
| Check | 11/10/2015 | 34936 | GHULAM J DOSS... | Interest expense | Cash - Wells Fargo | Interest Expense | -450.00 | -3,437.50 |
| Check | 11/5/2015 | 34918 | GHULAM J DOSS... | Interest from 9-15-15 to 10-15-15 | Cash - Wells Fargo | Interest Expense | -131.25 | -3,568.75 |
| Check | 11/5/2015 | 34919 | GHULAM J DOSS... | Interest from 9-14-15 to 10-14-15 | Cash - Wells Fargo | Interest Expense | -218.75 | -3,787.50 |
| Check | 11/5/2015 | 34920 | GHULAM J DOSS... | Interest from 8-28-15 to 9-28-15 | Cash - Wells Fargo | Interest Expense | -787.50 | -4,575.00 |
| Check | 11/5/2015 | 34921 | GHULAM J DOSS... | Interest from 9-28-15 to 10-28-15 | Cash - Wells Fargo | Interest Expense | -1,400.00 | -5,975.00 |
| Check | 11/5/2015 | 34922 | GHULAM J DOSS... | repayment of loan | Cash - Wells Fargo | Interest Expense | -1,000.00 | -6,975.00 |
| Check | 10/20/2015 | 34909 | GHULAM J DOSS... | Interest exp | Cash - Wells Fargo | Interest Expense | -450.00 | -7,425.00 |
| Check | 10/20/2015 | 34910 | GHULAM J DOSS... | Interest exp | Cash - Wells Fargo | Interest Expense | -450.00 | -7,875.00 |
| Check | 10/16/2015 | 34905 | GHULAM J DOSS... | Interest from 8/15/15 to 9/15/15 | Cash - Wells Fargo | Interest Expense | -131.25 | -8,006.25 |
| Check | 10/16/2015 | 34906 | GHULAM J DOSS... | Interest from 8/14/15 to 9/14/15 | Cash - Wells Fargo | Interest Expense | -218.75 | -8,225.00 |
| Check | 10/16/2015 | 34907 | GHULAM J DOSS... | Interest from 7/28/15 to 8/28/15 | Cash - Wells Fargo | Interest Expense | -787.50 | -9,012.50 |
| Check | 10/16/2015 | 34908 | GHULAM J DOSS... | Interest from 8/28/15 to 9/28/15 | Cash - Wells Fargo | Interest Expense | -1,400.00 | -10,412.50 |
| Check | 9/23/2015 | 34882 | GHULAM J DOSS... | Interest from 6/14/15 to 7/14/15 | Cash - Wells Fargo | Interest Expense | -218.75 | -10,631.25 |
| Check | 9/23/2015 | 34883 | GHULAM J DOSS... | Interest from 5/28/15 to 6/28/15 | Cash - Wells Fargo | Interest Expense | -787.50 | -11,418.75 |
| Check | 9/23/2015 | 34884 | GHULAM J DOSS... | Interest from 6/5/15 to 7/5/15 | Cash - Wells Fargo | Interest Expense | -1,400.00 | -12,818.75 |
| Check | 9/23/2015 | 34885 | GHULAM J DOSS... | Interest from 6/5/15 to 7/5/15 | Cash - Wells Fargo | Interest Expense | -131.25 | -12,950.00 |
| Check | 9/23/2015 | 34886 | GHULAM J DOSS... | Interest from 7/5/15 to 8/5/15 | Cash - Wells Fargo | Interest Expense | -131.25 | -13,081.25 |
| Check | 9/23/2015 | 34887 | GHULAM J DOSS... | Interest from 7/14/15 to 8/14/15 | Cash - Wells Fargo | Interest Expense | -218.75 | -13,300.00 |
| Check | 9/23/2015 | 34888 | GHULAM J DOSS... | Interest from 6/28/15 to 7/28/15 | Cash - Wells Fargo | Interest Expense | -787.50 | -14,087.50 |
| Check | 9/23/2015 | 34889 | GHULAM J DOSS... | Interest from 7/28/15 to 8/28/15 | Cash - Wells Fargo | Interest Expense | -1,400.00 | -15,487.50 |
| Check | 9/11/2015 | 34857 | GHULAM J DOSS... | Interest exp on 150k | Cash - Wells Fargo | Interest Expense | -450.00 | -15,937.50 |
| Check | 9/11/2015 | 34858 | GHULAM J DOSS... | Interest exp on 150k | Cash - Wells Fargo | Interest Expense | -450.00 | -16,387.50 |
| Check | 9/11/2015 | 34859 | GHULAM J DOSS... | Interest exp on 150k | Cash - Wells Fargo | Interest Expense | -450.00 | -16,837.50 |
| Check | 8/25/2015 | 34834 | GHULAM J DOSS... | Interest exp on 150k | Cash - Wells Fargo | Interest Expense | -450.00 | -17,287.50 |
| Check | 7/22/2015 | 34814 | GHULAM J DOSS... | Interest exp | Cash - Wells Fargo | Interest Expense | -450.00 | -17,737.50 |
| Check | 7/22/2015 | 34815 | GHULAM J DOSS... | Interest exp | Cash - Wells Fargo | Interest Expense | -450.00 | -18,187.50 |
| Check | 6/18/2015 | 34754 | GHULAM J DOSS... | Interest exp | Cash - Wells Fargo | Interest Expense | -450.00 | -18,637.50 |
| Check | 6/18/2015 | 34755 | GHULAM J DOSS... | Interest exp | Cash - Wells Fargo | Interest Expense | -450.00 | -19,087.50 |
| Check | 6/17/2015 | 34747 | GHULAM J DOSS... | Repayment of loan given to Samco on 5/29/... | Cash - Wells Fargo | Interest Expense | -8,000.00 | -27,087.50 |
| Check | 6/17/2015 | 34748 | GHULAM J DOSS... | Repayment of loan given to Samco on 6/11/... | Cash - Wells Fargo | Interest Expense | -7,250.00 | -34,337.50 |
| Check | 6/17/2015 | 34749 | GHULAM J DOSS... | Repayment of loan given to Samco on 6/12/... | Cash - Wells Fargo | Interest Expense | -5,000.00 | -39,337.50 |
| Check | 6/17/2015 | 34750 | GHULAM J DOSS... | Repayment of loan given to Samco on 6/19/... | Cash - Wells Fargo | Interest Expense | -5,000.00 | -44,337.50 |
| Check | 6/17/2015 | 34751 | GHULAM J DOSS... | Repayment of loan given to Samco on 6/19/... | Cash - Wells Fargo | Interest Expense | -10,000.00 | -54,337.50 |
| Check | 6/17/2015 | 34752 | GHULAM J DOSS... | Repayment of loan given to Samco on 6/23/... | Cash - Wells Fargo | Interest Expense | -10,000.00 | -64,337.50 |
| Check | 6/17/2015 | 34753 | GHULAM J DOSS... | Repayment of loan given to Samco on 6/24/... | Cash - Wells Fargo | Interest Expense | -5,000.00 | -69,337.50 |
| Check | 5/21/2015 | 34738 | GHULAM J DOSS... | Interest from 5-5-15 to 6-5-15 | Cash - Wells Fargo | Interest Expense | -131.25 | -69,468.75 |
| Check | 5/21/2015 | 34729 | GHULAM J DOSS... | Interest from 5-14-15 to 6-14-15 | Cash - Wells Fargo | Interest Expense | -218.75 | -69,687.50 |
| Check | 5/21/2015 | 34730 | GHULAM J DOSS... | Interest from 4-28-15 to 5-28-15 | Cash - Wells Fargo | Interest Expense | -787.50 | -70,475.00 |
| Check | 5/21/2015 | 34731 | GHULAM J DOSS... | Interest from 5-5-15 to 6-5-15 | Cash - Wells Fargo | Interest Expense | -1,400.00 | -71,875.00 |
| Check | 5/21/2015 | 34734 | GHULAM J DOSS... | Repayment of loan | Cash - Wells Fargo | Interest Expense | -1,500.00 | -73,375.00 |
| Check | 5/20/2015 | 34723 | GHULAM J DOSS... | Interest exp | Cash - Wells Fargo | Interest Expense | -450.00 | -73,825.00 |
| Check | 5/20/2015 | 34724 | GHULAM J DOSS... | Interest exp | Cash - Wells Fargo | Interest Expense | -450.00 | -74,275.00 |
| Check | 4/30/2015 | 34688 | GHULAM J DOSS... | Intereset expense | Cash - Wells Fargo | Interest Expense | -450.00 | -74,725.00 |

Page 1

10:14 AM

12/16/15

Accrual Basis

**SAMCO GLOBAL ARMS, INC.**
# Find Report
December 7, 2014 through December 16, 2015

| Type | Date | Num | Name | Memo | Account | Split | Amount | Balance |
|------|------|-----|------|------|---------|-------|--------|---------|
| Check | 4/30/2015 | 0 | GHULAM J DOSS... | Intereset expense | Cash - Wells Fargo | Interest Expense | | -74,725.00 |
| Check | 4/30/2015 | 34692 | GHULAM J DOSS... | Interest from 4/5/15 to 5/5/15 | Cash - Wells Fargo | Interest Expense | -131.25 | -74,856.25 |
| Check | 4/30/2015 | 34693 | GHULAM J DOSS... | Interest from 4/14/15 to 5/14/15 | Cash - Wells Fargo | Interest Expense | -218.75 | -75,075.00 |
| Check | 4/30/2015 | 34694 | GHULAM J DOSS... | Interest from 3/28/15 to 4/28/15 | Cash - Wells Fargo | Interest Expense | -787.50 | -75,862.50 |
| Check | 4/30/2015 | 34695 | GHULAM J DOSS... | Interest from 4/4/15 to 5/4/15 | Cash - Wells Fargo | Interest Expense | -1,400.00 | -77,262.50 |
| Check | 4/23/2015 | 34681 | GHULAM J DOSS... | Intereset expense | Cash - Wells Fargo | Interest Expense | -450.00 | -77,712.50 |
| Check | 4/15/2015 | 34671 | GHULAM J DOSS... | Repayment of loan | Cash - Wells Fargo | Interest Expense | -1,500.00 | -79,212.50 |
| Check | 3/31/2015 | 34661 | GHULAM J DOSS... | Interest from 2-28-15 to 3-28-15 | Cash - Wells Fargo | Interest Expense | -787.50 | -80,000.00 |
| Check | 3/31/2015 | 34662 | GHULAM J DOSS... | Interest from 3-4-15 to 4-4-15 | Cash - Wells Fargo | Interest Expense | -1,400.00 | -81,400.00 |
| Check | 3/31/2015 | 34663 | GHULAM J DOSS... | Interest from 3-5-15 to 4-5-15 | Cash - Wells Fargo | Interest Expense | -131.25 | -81,531.25 |
| Check | 3/31/2015 | 34664 | GHULAM J DOSS... | Interest from 3-12-15 to 4-14-15 | Cash - Wells Fargo | Interest Expense | -218.75 | -81,750.00 |
| Check | 3/26/2015 | 34649 | GHULAM J DOSS... | Interest Exp | Cash - Wells Fargo | Interest Expense | -450.00 | -82,200.00 |
| Check | 3/4/2015 | 34632 | GHULAM J DOSS... | Repayment of loan | Cash - Wells Fargo | Interest Expense | -3,000.00 | -85,200.00 |
| Check | 2/25/2015 | 34616 | GHULAM J DOSS... | Interest from 1-5-15 to 3-5-15 | Cash - Wells Fargo | Interest Expense | -131.25 | -85,331.25 |
| Check | 2/25/2015 | 34617 | GHULAM J DOSS... | Interest from 2-12-15 to 3-12-15 | Cash - Wells Fargo | Interest Expense | -218.75 | -85,550.00 |
| Check | 2/25/2015 | 34618 | GHULAM J DOSS... | Interest from 1-28-15 to 2-28-15 | Cash - Wells Fargo | Interest Expense | -787.50 | -86,337.50 |
| Check | 2/25/2015 | 34619 | GHULAM J DOSS... | Interest from 2-4-15 to 3-4-15 | Cash - Wells Fargo | Interest Expense | -1,400.00 | -87,737.50 |
| Check | 2/4/2015 | 34586 | GHULAM J DOSS... | Interest from 12-28-14 to 1-28-15 | Cash - Wells Fargo | Interest Expense | -787.50 | -88,525.00 |
| Check | 2/4/2015 | 34587 | GHULAM J DOSS... | Interest from 1-4-15 to 2-5-15 | Cash - Wells Fargo | Interest Expense | -1,400.00 | -89,925.00 |
| Check | 2/4/2015 | 34588 | GHULAM J DOSS... | Interest from 1-5-15 to 2-5-15 | Cash - Wells Fargo | Interest Expense | -131.25 | -90,056.25 |
| Check | 2/4/2015 | 34589 | GHULAM J DOSS... | Interest from 1-12-15 to 2-12-15 | Cash - Wells Fargo | Interest Expense | -218.75 | -90,275.00 |
| Check | 1/14/2015 | 34562 | GHULAM J DOSS... | Interest expense | Cash - Wells Fargo | Interest Expense | -450.00 | -90,725.00 |
| Check | 1/14/2015 | 34563 | GHULAM J DOSS... | Interest expense | Cash - Wells Fargo | Interest Expense | -450.00 | -91,175.00 |
| Check | 12/24/2014 | 34522 | GHULAM J DOSS... | Interest on 100k loan - Balance payment | Cash - Wells Fargo | Interest Expense | -3,700.00 | -94,875.00 |
| Check | 12/24/2014 | 34523 | GHULAM J DOSS... | Interest on 160k loan from 12-4-14 to 1-4-15 | Cash - Wells Fargo | Interest Expense | -1,400.00 | -96,275.00 |
| Check | 12/24/2014 | 34524 | GHULAM J DOSS... | Repayment of loan given to Samco - 3/14/14 | Cash - Wells Fargo | Loan from Stockhol... | -10,000.00 | -106,275.00 |
| Check | 12/24/2014 | 34525 | GHULAM J DOSS... | Repayment of loan given to Samco - 5/28/14 | Cash - Wells Fargo | Loan from Stockhol... | -5,000.00 | -111,275.00 |
| Check | 12/24/2014 | 34526 | GHULAM J DOSS... | Repayment of loan given to Samco - 5/28/14 | Cash - Wells Fargo | Loan from Stockhol... | -5,000.00 | -116,275.00 |
| Check | 12/23/2014 | 34517 | GHULAM J DOSS... | Interest on 90k loan from 11-28-14 to 12-28... | Cash - Wells Fargo | Interest Expense | -787.50 | -117,062.50 |
| Check | 12/19/2014 | 34545 | GHULAM J DOSS... | Interest exp | Cash - Wells Fargo | Interest Expense | -450.00 | -117,512.50 |
| Check | 12/12/2014 | 34506 | GHULAM J DOSS... | Interest on 90k loan from 10-28-14 to 11-28... | Cash - Wells Fargo | Interest Expense | -787.50 | -118,300.00 |
| Check | 12/12/2014 | 34507 | GHULAM J DOSS... | Interest on 160k loan from 11-4-14 to 12-4-14 | Cash - Wells Fargo | Interest Expense | -1,400.00 | -119,700.00 |
| Check | 12/11/2014 | 34499 | GHULAM J DOSS... | Interest on 15k loan from 11/5/14 to 12/5/14 | Cash - Wells Fargo | Interest Expense | -131.25 | -119,831.25 |
| Check | 12/11/2014 | 34500 | GHULAM J DOSS... | Interest on 25k loan from 11/12/14 to 12/12/... | Cash - Wells Fargo | Interest Expense | -218.75 | -120,050.00 |
| Check | 12/11/2014 | 34501 | GHULAM J DOSS... | Interest on 15k loan from 12/5/14 to 1/5/15 | Cash - Wells Fargo | Interest Expense | -131.25 | -120,181.25 |
| Check | 12/11/2014 | 34502 | GHULAM J DOSS... | Interest on 25k loan from 12/12/14 to 1/12/15 | Cash - Wells Fargo | Interest Expense | -218.75 | -120,400.00 |
| Check | 12/10/2014 | 34491 | GHULAM J DOSS... | Interest on 90k loan 9/28/14 - 10/28/14 | Cash - Wells Fargo | Interest Expense | -787.50 | -121,187.50 |
| Check | 12/10/2014 | 34492 | GHULAM J DOSS... | Interest on 160k loan from 9/4/14 - 10/4/14 | Cash - Wells Fargo | Interest Expense | -1,400.00 | -122,587.50 |
| Check | 12/10/2014 | 34493 | GHULAM J DOSS... | Interest on 160k loan from 10/4/14 - 11/4/14 | Cash - Wells Fargo | Interest Expense | -1,400.00 | -123,987.50 |
| Check | 12/10/2014 | 34498 | GHULAM J DOSS... | Interest exp | Cash - Wells Fargo | Interest Expense | -450.00 | -124,437.50 |
| **Dec 7, '14 - Dec 16, 15** | | | | | | | **-124,437.50** | **-124,437.50** |

10:16 AM

12/16/15

Accrual Basis

## SAMCO GLOBAL ARMS, INC.
## Find Report
### December 7, 2014 through December 16, 2015

| Type | Date | Num | Name | Memo | Account | Split | Amount | Balance |
|------|------|-----|------|------|---------|-------|--------|---------|
| Dec 7, '14 - Dec 16, 15 | | | | | | | | |
| Check | 2/20/2015 | 34612 | GHULAM JILANI DOSSUL | Interest expense | Cash - Wells Fargo | Interest Expense | -450.00 | -450.00 |
| Check | 2/20/2015 | 34613 | GHULAM JILANI DOSSUL | Interest expense | Cash - Wells Fargo | Interest Expense | -450.00 | -900.00 |
| Dec 7, '14 - Dec 16, 15 | | | | | | | -900.00 | -900.00 |

10:16 AM

12/16/15

Accrual Basis

# SAMCO GLOBAL ARMS, INC.
## Find Report
### December 7, 2014 through December 16, 2015

| Type | Date | Num | Name | Memo | Account | Split | Amount | Balance |
|------|------|-----|------|------|---------|-------|--------|---------|
| Dec 7, '14 - Dec 16, 15 | | | | | | | | |
| Check | 11/18/2015 | 34945 | Ghulam Q. Dossul | Reimbursement of warehouse/office supplies | Cash - Wells Fargo | Warehouse Supplies | -127.25 | -127.25 |
| Check | 9/21/2015 | 34881 | Ghulam Q. Dossul | Reimbursement of warehouse supplies/employee meals | Cash - Wells Fargo | Warehouse Supplies | -65.95 | -193.20 |
| Check | 7/6/2015 | 34799 | Ghulam Q. Dossul | Reimbursement of warehouse supplies | Cash - Wells Fargo | Warehouse Supplies | -121.55 | -314.75 |
| Dec 7, '14 - Dec 16, 15 | | | | | | | -314.75 | -314.75 |

10:08 AM

12/16/15

Accrual Basis

## SAMCO GLOBAL ARMS, INC.
## Find Report
### December 7, 2014 through December 16, 2015

| Type | Date | Num | Name | Memo | Account | Split | Amount | Balance |
|------|------|-----|------|------|---------|-------|--------|---------|
| Dec 7, '14 - Dec 16, 15 | | | | | | | | |
| Check | 5/11/2015 | 34712 | IMTIAZ OOSMAN | REMIBURSEMENT/WAREHOUSE SUPPLI... | Cash - Wells Fargo | Warehouse Supplies | -130.40 | -130.40 |
| Check | 3/10/2015 | 34636 | IMTIAZ OOSMAN | REMIBURSEMENT/WAREHOUSE SUPPLI... | Cash - Wells Fargo | Warehouse Supplies | -315.36 | -445.76 |
| Check | 2/20/2015 | 34614 | IMTIAZ OOSMAN | REMIBURSEMENT/WAREHOUSE SUPPLI... | Cash - Wells Fargo | Warehouse Supplies | -121.95 | -567.71 |
| Dec 7, '14 - Dec 16, 15 | | | | | | | -567.71 | -567.71 |

| Case Style | Case Number | Status |
|---|---|---|
| Ronald Joseph Martin v. Ghulam Jilani Dossul and Samco Global Arms, Inc. | 15-015158-CA-23 Miami-Dade Circuit Court | Pending |
| Samco Global Arms, Inc. v. Ronald Joseph Martin | 14-022972 CA 42 Miami-Dade Circuit Court | Pending |
| Samco Global Arms, Inc. v. Long Island Investment Partners, LLC | 14-022974-CA-22 Miami-Dade Circuit Court | Pending |
| Samco Global Arms, Inc. v. Shannash Properties, Inc. | 14-022975-CA-42 Miami-Dade Circuit Court | Pending |
| Sauce, Inc. v. Samco Global Arms, Inc. and Ghulam Jilani Dossul | 14-009000 CA 05 Miami-Dade Circuit Court | Pending - Judgment entered 12/7/15 |
| JACA Business Corporation v. Samco Global Arms, Inc. and Ghulam Jilani Dossul | 14-009006-CA-05 Miami-Dade Circuit Court | Pending - Judgment entered 12/7/15 |
| RM Equipment, Inc. v. Samco Global Arms, Inc. | 14-009007-CA-05 Miami-Dade Circuit Court | Pending |
| Longlac Enterprises, Inc. v. Samco Global Arms, Inc. | 14-009010-CA-05 Miami-Dade Circuit Court | Pending |
| Ghulam Jilani Dossul and Samco Global Arms, Inc. v. Ronald Joseph Martin and RM Equipment, Inc. | 13-025808-CA-05 Miami-Dade Circuit Court | Pending |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Debtor    **Samco Global Arms, Inc.**                                                          Case number *(if known)*  **15-31296-BKC-AJC**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

   ---
   **Part 5:**   Certain Losses
   ---

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None.

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
    |---|---|---|---|

    ---
    **Part 6:**   Certain Payments or Transfers
    ---

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|
    | 11.1.   **Genovese Joblove & Battista, P.A.**<br>**100 S.E. 2nd Street**<br>**44th Floor**<br>**Miami, FL 33131**<br>**Miami, FL 33131** | **Attorney Fees** | **12/4/2015** | **$7,500.00** |
    | Email or website address | | | |
    | Who made the payment, if not debtor? | | | |
    | 11.2.   **Genovese Joblove & Battista, P.A.**<br>**100 S.E. 2nd Street**<br>**44th Floor**<br>**Miami, FL 33131**<br>**Miami, FL 33131** | **Attorney Fees** | **12/7/2015** | **$12,000.00** |
    | Email or website address | | | |
    | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

Debtor   **Samco Global Arms, Inc.**                                   Case number *(if known)*  **15-31296-BKC-AJC**

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

□ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **6995 NW 32rd St** **Miami, FL 33116** | **1986 through May 2014** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   □ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   □ No.
   ■ Yes. State the nature of the information collected and retained.

   **Name, address, phone number, e-mail (as applicable)**
   Does the debtor have a privacy policy about that information?
   ■ No
   □ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   □ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    **Samco Global Arms, Inc.**                                    Case number *(if known)*    **15-31296-BKC-AJC**

---

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Ghulam Jilani Dossul<br>13703 SW 92nd Court<br>Miami, FL 33176 | 4225W 72nd Ave<br>Miami, FL 33166 | Several personal firearms held at Debtor's warehouse | Unknown |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

---

Debtor  **Samco Global Arms, Inc.**                                    Case number *(if known)* **15-31296-BKC-AJC**

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25.** **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26.** **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
  ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Ghulam Q Dossul**<br>**4225 NW 72nd Avenue**<br>**Miami, FL 33166** | **2009 - present** |
| 26a.2. | **Marcum, LLP (formerly Rachlin & Cohen)**<br>**One Southeast Third Ave**<br>**10th Floor**<br>**Miami, FL 33131** | **1980's - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

  ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Marcum, LLP (formerly Rachlin Cohen)**<br>**One Southeast Third Avenu**<br>**10th Floor**<br>**Miami, FL 33131** | **1980's - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

  ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

Official Form 207                Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page 6

| Debtor | Samco Global Arms, Inc. | Case number *(if known)* | 15-31296-BKC-AJC |
|---|---|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Ghulam Jilani Dossul**<br>**4225 NW 72nd Ave**<br>**Miami, FL 33166** | |
| 26c.2. **Marcum LLP**<br>**One SE 3rd Avenue, Suite 1100**<br>**Miami, FL 33131** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Ronald J. Martin (and affiliates)**<br>**14430 Mustang Trail**<br>**Fort Lauderdale, FL 33330** |
| 26d.2. **Wells Fargo Bank NA**<br>**One Wachovia Center**<br>**301 South College Street**<br>**Charlotte, NC 28202** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Imtiaz Oosman** | **12/31/2014** | **Estimated retail value of $2,500,000.00** |

| Name and address of the person who has possession of inventory records |
|---|
| **Samco Global Arms, Inc.**<br>**4225 NW 72nd Avenue**<br>**Miami, FL 33166** |

| | | |
|---|---|---|
| 27.2. **Imtiaz Oosman** | **11/30/2015** | **Estimated retail value of $1,600,000.00.** |

| Name and address of the person who has possession of inventory records |
|---|
| **Samco Global Arms, Inc.**<br>**4225 NW 72nd Ave**<br>**Miami, FL 33166** |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ghulam Jilani Dossul** | **4225 NW 72nd Avenue**<br>**Miami, FL 33166** | **Shareholder, President and Sole Director** | **100%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in

| Debtor | Samco Global Arms, Inc. | Case number *(if known)*  15-31296-BKC-AJC |
| --- | --- | --- |

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | Ghulam Jilani Dossul<br>4225 NW 72nd Avenue<br>Miami, FL 33166<br><br>**Relationship to debtor**<br>Shareholder, President and Sole Director | See attached Schedule for SOFA Question 4 for non-salary payments and dates<br><br>Annual Salary 2014 - $145,600.00<br>Annual Salary 2015 - $58,800.00 | See attached Schedule for SOFA Question 4 for non-salary payments and dates<br><br>Weekly Payroll | See attached Schedule for SOFA Question 4 for descriptions |
| 30.2. | Ghulam Q. Dossul<br>4225 NW 72nd Ave<br>Miami, FL 33166<br><br>**Relationship to debtor**<br>Son of Ghulam Jilani Dossul, Employee of Debtor | See attached Schedule for SOFA Question 4 for non-salary payments and dates | See attached Schedule for SOFA Question 4 for non-salary payments and dates<br><br>Annual Salary - $75,600.00<br>Weekly Payroll | See attached Schedule for SOFA Question 4 for descriptions |
| 30.3. | Sabiha Jilani Dossul<br>4225 NW 72nd Avenue<br>Miami, FL 33166<br><br>**Relationship to debtor**<br>Spouse of Ghulam Jilani Dossul | Annual Salary 2014 - $44,200.00<br>Annual Salary 2015 - $41,650.00 | Weekly Payroll | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Samco Global Arms, Inc.**                                    Case number *(if known)*  **15-31296-BKC-AJC**

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
|  |  |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
|  |  |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 21, 2015**

**/s/ Ghulam Jilani Dossul**                          **Ghulam Jilani Dossul**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**