# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-31296 AJC
**Case Name:** SAMCO GLOBAL ARMS, INC.

**Period Ending:** 09/30/16

**Trustee:** (290990)  Robert A. Angueira
**Filed (f) or Converted (c):** 12/07/15 (f)
**§341(a) Meeting Date:** 01/06/16
**Claims Bar Date:** 04/05/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Accounts Receivable | 2,200.99 | 429.90 | | 429.90 | FA |
| 2 | Cash on hand | 144.00 | 0.00 | | 0.00 | FA |
| 3 | Wells Fargo Operating Account (3923) | 3,981.91 | 7,431.64 | | 7,431.64 | FA |
| 4 | Wells Fargo Money Market Account (3285) | 691.21 | 76.21 | | 76.21 | FA |
| 5 | Wells Fargo Payroll Account (0782) | 831.66 | 831.66 | | 831.66 | FA |
| 6 | Habib American Bank Operating Account (X544) | 1,619.06 | 0.00 | | 0.00 | FA |
| 7 | Security Deposit | 2,470.06 | 0.00 | | 0.00 | FA |
| 8 | Deposit Tender paid to DGDP Ministry of Defense, Pakistan for 2012 Contract. Unable to proceed with contract so deposit was forfeited, but is still on Debtor's books. | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Unused portion of advance paid to Montenegran Supplier Capris D.O.O. Contract was not extended by Ministry of Defense for Montenegro and advance was forfeited in 2013 but is still on Debtor's books. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2001 Lexus LS 430 | 6,000.00 | 0.00 | OA | 0.00 | FA |
| 11 | 2008 Chevy Silverado 3500HD | 11,000.00 | 0.00 | OA | 0.00 | FA |
| 12 | Office Furniture | Unknown | 0.00 | | 0.00 | FA |
| 13 | Office Fixtures | Unknown | 0.00 | | 0.00 | FA |
| 14 | 2008 Nissan Frontier | 6,500.00 | 0.00 | OA | 0.00 | FA |
| 15 | Other Machinery and Fixtures | Unknown | 0.00 | | 0.00 | FA |

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 15-31296 AJC  
**Case Name:** SAMCO GLOBAL ARMS, INC.  
**Period Ending:** 09/30/16

**Trustee:** (290990)    Robert A. Angueira  
**Filed (f) or Converted (c):** 12/07/15 (f)  
**§341(a) Meeting Date:** 01/06/16  
**Claims Bar Date:** 04/05/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | Trademark "Charles Daly" Reg #3662598 | Unknown | 0.00 | | 0.00 | FA |
| 17 | Inventory Cost Value (taken on 11/30/15) | 1,600,000.00 | 1,240,000.00 | | 1,240,000.00 | FA |
| 18 | Internet Domain Names and Website<br>  www.samcoglobal.com ; www.charlesdaly.com ;<br>www.akkar-usa.com | Unknown | 0.00 | | 0.00 | FA |
| 19 | Notes Receivable | 1,549,489.28 | 0.00 | | 0.00 | FA |
| 20 | Rent Income From Century Arms, Inc.  (u)<br>  Per Order dated 4/5/16, Doc #109. Rent paid by buyer<br>to occupy Debtor's former business until 5/31/16. | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 21 | Excise Tax Collected Related To The Sale of  (u)<br>  Debtor's Property to Century 21 Arms, Inc.  D.E.  93. | 54,784.13 | 54,784.13 | | 54,784.13 | FA |
| 21 | **Assets**    Totals  (Excluding unknown values) | **$3,242,712.30** | **$1,306,553.54** | | **$1,306,553.54** | **$0.00** |

**Major Activities Affecting Case Closing:**

10/1/16 - Trustee reviewed case status;  A Final evidentiary hearing has been set for November 10, 2016 at 1:30 PM to consider the Objection to Claim of Barry E. Mukamal, Chapter 7 Trustee for the Estate of Ghulam Jilani Dossul, filed by the Trustee [D.E. 152]. (LT)

08/26/16 -  Trustee reviewed case status;   There is a hearing on 9/14/16 to consider objection and response to  claim filed by Jaca Business Corp and Sauce, Inc. DE#176.

7/1/16  - Trustee reviewed case progress; Creditors Jaca Business Corp. and Sauce, Inc. objected to several claims, a hearing is set for 7/26/16.

04/08/16 - Trustee reviewed case progress; Inventory of Guns was sold at auction for $1,240,000, closing was on 4/7/16.  Government claims bar date is not until 6/4/16;  Once all claims have been reviewed TFR will be prepared.

02/01/16 - The Trustee has retained Rachel L. Ahlum, Esq., of Robert A. Angueira P.A. to represent the Estate as general counsel. The Trustee has retained Harry Stampler of Stampler Auctions as an auctioneer to market and sell substantially all assets of the Debtor.  Mr. Stampler is in the process of attempting to procure

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 15-31296 AJC
**Case Name:** SAMCO GLOBAL ARMS, INC.

**Trustee:** (290990)   Robert A. Angueira
**Filed (f) or Converted (c):** 12/07/15 (f)
**§341(a) Meeting Date:** 01/06/16

**Period Ending:** 09/30/16

**Claims Bar Date:** 04/05/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

bidders for a bulk sale of substantially all assets of hte Debtor. It is anticipated that a sale motion will be filed by the end of 2/2016. The Trustee is investigating the Estate's potential causes of action against Mr. Ronald Martin, and various entities owned and/or controlled by Mr. Martin, including claims for outstanding loans due and for turnover of vehicles. The Trustee continues to investigate the financial affairs of the Debtor to evaluate any other potential Chapter 5 claims.

**Initial Projected Date Of Final Report (TFR):** December 31, 2016        **Current Projected Date Of Final Report (TFR):** February 28, 2017

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-31296 AJC | | Trustee: | Robert A. Angueira (290990) |
| --- | --- | --- | --- | --- |
| Case Name: | SAMCO GLOBAL ARMS, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5166 - Checking Account |
| Taxpayer ID #: | **-***2433 | | Blanket Bond: | $129,177,000.00   (per case limit) |
| Period Ending: | 09/30/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 12/09/15 | {4} | Samco Global Arms, Inc | Closed Wells Fargo Account x3285 | 1129-000 | 76.21 | | 76.21 |
| 12/09/15 | {3} | Samco Global Arms, Inc | Closed Wells Fargo Account x3923 | 1129-000 | 3,981.91 | | 4,058.12 |
| 12/09/15 | {5} | Samco Global Arms, Inc | Closed Wells Fargo Account x0782 | 1129-000 | 831.66 | | 4,889.78 |
| 12/23/15 | {3} | Wells Fargo | Closed Wells Fargo Account x3923 | 1129-000 | 3,449.73 | | 8,339.51 |
| 12/23/15 | 101 | Vision Communications | Per Order dated 12/22/15, Doc #18. Website and IT Services. | 2690-000 | | 815.00 | 7,524.51 |
| 12/23/15 | 102 | AFCO Insurance Premium Finance | Per Order dated 12/22/15, Doc #19.  AFCO Acct #01-52522024-02 - $1,726.42 / Acct #01-52522032-02 - $923.60. | 2420-000 | | 2,650.02 | 4,874.49 |
| 12/23/15 | 103 | Robert A. Angueira, P.A. | Per Order dated 12/22/15, Doc #22. Reimbursement of payment to locksmith. | 2420-000 | | 440.25 | 4,434.24 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,424.24 |
| 01/14/16 | {1} | Don Foreman | collection on pre-petion sale | 1121-000 | 429.90 | | 4,854.14 |
| 01/20/16 | 104 | AFCO Insurance Premium Finance | Per Order dated 1/19/16, Doc #39.  Acct #01-52522024-02 $1,726.42 / Acct #01-52522032-02 $923.60 | 2420-000 | | 2,650.02 | 2,204.12 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,194.12 |
| 02/23/16 | 105 | AFCO Insurance Premium Finance | Per Order Dated 2/23/16; Dovc #72. Acct #01-52522024-02 / Acct #01-52522032-02 | 2420-000 | | 2,194.12 | 0.00 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | -10.00 |
| 03/02/16 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -10.00 | 0.00 |
| 04/07/16 | {17} | Century Arms, Inc | Per Court Order dated 3/24/16;  D.E. #93. | 1129-000 | 1,190,000.00 | | 1,190,000.00 |
| 04/07/16 | {17} | Robert A Angueira, Esq. IOTA | Per Court Order dated 4/4/16;  D.E. #106. | 1129-000 | 50,000.00 | | 1,240,000.00 |
| 04/07/16 | {20} | Century Arms, Inc | Per Court Order dated 4/5/16; D.E. #109. | 1222-000 | 3,000.00 | | 1,243,000.00 |
| 04/15/16 | 106 | Dalbani Corporation | Per Order dated 4/7/16; Doc #121.  Rent through 4/30/16 $61,855.68 less security | 2410-000 | | 45,405.68 | 1,197,594.32 |

Subtotals :   $1,251,769.41   $54,175.09

{} Asset reference(s)                                         Printed: 10/29/2016 11:07 AM        V.13.28

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 15-31296 AJC  
**Case Name:** SAMCO GLOBAL ARMS, INC.  
**Taxpayer ID #:** **-***2433  
**Period Ending:** 09/30/16  

**Trustee:** Robert A. Angueira (290990)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5166 - Checking Account  
**Blanket Bond:** $129,177,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | deposit of $16,450.00 equals balance due of $45,405.68. | | | | |
| 04/15/16 | 107 | Sauce, Inc. c/o: Kluger, Kaplan, Silverman, Katzen & Levine | Secured Creditor Per Court Order dated 4/6/16, Doc #118. | 4210-000 | | 529,480.00 | 668,114.32 |
| 04/15/16 | 108 | Jaca Business Corp. c/o: Kluger, Kaplan, Silverman, Katzen & | Secured Creditor Per Court Order dated 4/6/16, Doc #118. | 4210-000 | | 338,520.00 | 329,594.32 |
| 04/15/16 | 109 | Mr. Valmore J. Forgett, III | Break Up Fee Per Court Order dated 4/4/16, Doc #104. | 2990-000 | | 10,000.00 | 319,594.32 |
| 04/15/16 | 110 | Robert A. Angueira, P.A. | Reimb of Insurance payments per Court Order dated 4/7/16, Doc #122. | 2420-000 | | 3,105.92 | 316,488.40 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 828.23 | 315,660.17 |
| 05/11/16 | 111 | Contract Services, Inc. | Per Order dated 5/10/16, Doc #147. | 3991-000 | | 1,236.25 | 314,423.92 |
| 05/26/16 | 112 | Robert A. Angueira, PA | Per Order dated 5/25/16; Doc #154 First Interim Fee Application. | 3110-000 | | 45,457.20 | 268,966.72 |
| 05/26/16 | 113 | Robert A. Angueira, PA | Per Order dated 5/25/16; Doc #154 First Interim Fee Application - Expenses. | 3120-000 | | 1,711.25 | 267,255.47 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 487.54 | 266,767.93 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 421.52 | 266,346.41 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 369.31 | 265,977.10 |
| 08/01/16 | {21} | Century Arms, Inc | Per Court Order dated 3/24/16; D.E. #93. This is part of purchaser (Century 21 Arms, Inc.) excise tax obligation under the Asset Purchase agreement. Balance of purchase price paid by Century Arms, Inc. related to the purchase of all the personal proper | 1229-000 | 9,051.22 | | 275,028.32 |
| 08/01/16 | {21} | Robert A Angueira IOTA Acct | Per Court Order dated 3/24/16; D.E. #93. This is part of purchaser (Century 21, Arms, Inc.) excise tax obligation under the Asset Purchase | 1229-000 | 45,732.91 | | 320,761.23 |

**Subtotals :**  **$54,784.13**  **$931,617.22**

{} Asset reference(s)

Printed: 10/29/2016 11:07 AM    V.13.28

## Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 15-31296 AJC | | Trustee: | Robert A. Angueira (290990) |
|---|---|---|---|---|
| Case Name: | SAMCO GLOBAL ARMS, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5166 - Checking Account |
| Taxpayer ID #: | **-***2433 | | Blanket Bond: | $129,177,000.00   (per case limit) |
| Period Ending: | 09/30/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | agreement. Balance of purchase price paid by Century Arms, Inc. related to the purchase of all the personal prop. | | | | |
| 08/01/16 | 114 | Alcohol and Tobacco Tax and Trade Bureau | Per Order dated 8/3/16; Doc #181. Excise Tax for 2nd Quarter April - June 2016. | 2820-000 | | 54,784.12 | 265,977.11 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 432.77 | 265,544.34 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 380.90 | 265,163.44 |

```
                    Account   ******5166
                    Balance Forward              0.00
         10         Deposits             1,306,553.54       14      Checks            1,038,449.83
          0         Interest Postings            0.00        9      Adjustments Out       2,950.27
                    Subtotal             1,306,553.54        0      Transfers Out             0.00
          1         Adjustments In              10.00                Total            1,041,400.10
          0         Transfers In                 0.00
                    Total                1,306,563.54
```

{} Asset reference(s)                                                                          Printed: 10/29/2016 11:07 AM    V.13.28

## Form 2
## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 15-31296 AJC | **Trustee:** | Robert A. Angueira (290990) |
|---|---|---|---|
| **Case Name:** | SAMCO GLOBAL ARMS, INC. | **Bank Name:** | Rabobank, N.A. |
| | | **Account:** | ******5166 - Checking Account |
| **Taxpayer ID #:** | **-***2433 | **Blanket Bond:** | $129,177,000.00   (per case limit) |
| **Period Ending:** | 09/30/16 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :       1,306,553.54

Net Estate :        $1,306,553.54

| Case Totals | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 10 | Deposits | 1,306,553.54 | 14 Checks | 1,038,449.83 |
| 0 | Interest Postings | 0.00 | 9 Adjustments Out | 2,950.27 |
| | Subtotal | 1,306,553.54 | 0 Transfers Out | 0.00 |
| 1 | Adjustments In | 10.00 | Total | 1,041,400.10 |
| 0 | Transfers In | 0.00 | | |
| | Total | 1,306,563.54 | Net Total Balance | 265,163.44 |

{} Asset reference(s)                                                                                              Printed: 10/29/2016 11:07 AM      V.13.28