UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-31296-AJC |
| | § | |
| SAMCO GLOBAL ARMS, INC. | § | |
| | § | |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Robert A. Angueira, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,577,222.40 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $1,021,672.48 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $284,881.06 | | |

3)   Total gross receipts of $1,306,553.54  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $1,306,553.54 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,353,568.12 | $1,643,767.43 | $868,000.00 | $868,000.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $284,881.06 | $284,881.06 | $284,881.06 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $14,578.47 | $22,692.43 | $11,227.93 | $11,227.93 |
| General Unsecured Claims (from **Exhibit 7**) | $3,542,396.07 | $2,283,239.30 | $953,717.30 | $142,444.55 |
| **Total Disbursements** | $4,910,542.66 | $4,234,580.22 | $2,117,826.29 | $1,306,553.54 |

4).  This case was originally filed under chapter 7 on 12/07/2015.  The case was pending for 0 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/24/2017         By:    /s/ Robert A. Angueira
                                        Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable | 1121-000 | $429.90 |
| Inventory Cost Value (taken on 11/30/15) | 1129-000 | $1,240,000.00 |
| Wells Fargo Money Market Account (3285) | 1129-000 | $76.21 |
| Wells Fargo Operating Account (3923) | 1129-000 | $7,431.64 |
| Wells Fargo Payroll Account (0782) | 1129-000 | $831.66 |
| Rent Income From Century Arms, Inc. | 1222-000 | $3,000.00 |
| Excise Tax Collected Related To The Sale of | 1229-000 | $54,784.13 |
| **TOTAL GROSS RECEIPTS** | | **$1,306,553.54** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Miami-Dade County Tax Collector | 4110-000 | $0.00 | $836.68 | $0.00 | $0.00 |
| 10 | AFCO | 4110-000 | $0.00 | $8,532.96 | $0.00 | $0.00 |
| 11 | AFCO | 4110-000 | $0.00 | $3,657.50 | $0.00 | $0.00 |
| 16S | Sauce, Inc. | 4110-000 | $1,014,265.00 | $465,971.39 | $0.00 | $0.00 |
| 17S | Jaca Business Corporation | 4110-000 | $339,303.12 | $296,768.90 | $0.00 | $0.00 |
| | Jaca Business Corp. c/o: Kluger, Kaplan, Silverman, Katzen & | 4210-000 | $0.00 | $338,520.00 | $338,520.00 | $338,520.00 |
| | Sauce, Inc. c/o: Kluger, Kaplan, Silverman, Katzen & Levine | 4210-000 | $0.00 | $529,480.00 | $529,480.00 | $529,480.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,353,568.12** | **$1,643,767.43** | **$868,000.00** | **$868,000.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert A. Angueira, | 2100-000 | NA | $62,446.61 | $62,446.61 | $62,446.61 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Trustee | | | | | |
| Robert A. Angueira, Trustee | 2200-000 | NA | $62.90 | $62.90 | $62.90 |
| Dalbani Corporation | 2410-000 | NA | $55,806.44 | $55,806.44 | $55,806.44 |
| AFCO Insurance Premium Finance | 2420-000 | NA | $7,494.16 | $7,494.16 | $7,494.16 |
| Robert A. Angueira, P.A. | 2420-000 | NA | $3,546.17 | $3,546.17 | $3,546.17 |
| Rabobank, N.A. | 2600-000 | NA | $3,689.26 | $3,689.26 | $3,689.26 |
| Vision Communications | 2690-000 | NA | $815.00 | $815.00 | $815.00 |
| U.S. Bankruptcy Court | 2700-000 | NA | $2,100.00 | $2,100.00 | $2,100.00 |
| Alcohol and Tobacco Tax and Trade Bureau | 2820-000 | NA | $54,784.12 | $54,784.12 | $54,784.12 |
| Mr. Valmore J. Forgett, III | 2990-000 | NA | $10,000.00 | $10,000.00 | $10,000.00 |
| Robert A. Angueira, PA, Attorney for Trustee | 3110-000 | NA | $60,975.50 | $60,975.50 | $60,975.50 |
| Robert A. Angueira, PA, Attorney for Trustee | 3120-000 | NA | $2,278.89 | $2,278.89 | $2,278.89 |
| Yip Associates, Accountant for Trustee | 3410-000 | NA | $19,320.00 | $19,320.00 | $19,320.00 |
| Yip Associates, Accountant for Trustee | 3420-000 | NA | $325.76 | $325.76 | $325.76 |
| Contract Services, Inc., Other Professional | 3991-000 | NA | $1,236.25 | $1,236.25 | $1,236.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $284,881.06 | $284,881.06 | $284,881.06 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Julian C. Quinones | 5300-000 | $0.00 | $192.00 | $192.00 | $192.00 |
| 12P | State of Florida - Department of Revenue | 5800-000 | $0.00 | $428.57 | $0.00 | $0.00 |
| 18P-2 | Internal Revenue Service | 5800-000 | $0.00 | $11,035.93 | $11,035.93 | $11,035.93 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18P | Internal Revenue Service | 5800-000 | $13,427.14 | $11,035.93 | $0.00 | $0.00 |
| | Abda E. Rodriguez | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ATF | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ATF - Miami Field Division | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Cynthia M. Baez | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Florida Department of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Geylam Chow | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ghulam Q. Dossul | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Imitiaz Oosman | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Janne Fernandez | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Marco A. Corea | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Mariana Juarez | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Mark Nading | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Miami-Dade County Tax | 5800-000 | $836.38 | $0.00 | $0.00 | $0.00 |
| | Richard Edwards | 5800-000 | $314.95 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$14,578.47** | **$22,692.43** | **$11,227.93** | **$11,227.93** |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | 7100-000 | $97,837.85 | $97,837.85 | $97,837.85 | $14,669.05 |
| 2 | R&L Carries, Inc. | 7100-000 | $369.62 | $1,694.93 | $1,694.93 | $254.12 |
| 5 | Uline Shipping Supplies | 7100-000 | $0.00 | $58.13 | $58.13 | $8.72 |
| 6 | American Express Bank FSB | 7100-000 | $19,693.70 | $19,693.70 | $19,693.70 | $2,952.72 |
| 7 | Northern Tackle & Sport Supply Ltd | 7100-000 | $36,783.97 | $53,038.30 | $53,038.30 | $7,952.15 |
| 8 | Clark Silvergate | 7100-000 | $0.00 | $434,964.46 | $0.00 | $0.00 |
| 9 | Mark Hoffman | 7100-000 | $0.00 | $1,058.00 | $1,058.00 | $158.63 |
| 12U | State of Florida - Department of Revenue | 7100-000 | $0.00 | $50.00 | $0.00 | $0.00 |
| 13 | Pitney Bowes Global Financial Services LLC | 7100-000 | $0.00 | $839.22 | $839.22 | $125.83 |
| 14 | Farmington Display | 7100-000 | $619.05 | $619.05 | $619.05 | $92.82 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | Marcum Accountants & Advisors | 7100-000 | $22,245.51 | $22,436.70 | $22,436.70 | $3,363.98 |
| 16U | Sauce, Inc. c/o:Kluger,Kaplan,Silverman,etc PL Trust Acct | 7100-000 | $0.00 | $684,420.28 | $660,434.67 | $99,020.41 |
| 17U | Jaca Business Corp c/o:Kluger,Kaplan,Silverman,etc PL Trus | 7100-000 | $0.00 | $42,534.22 | $82,055.77 | $12,302.80 |
| 18U | Internal Revenue Service | 7100-000 | $0.00 | $5,522.73 | $0.00 | $0.00 |
| 18U-2 | Internal Revenue Service | 7100-000 | $0.00 | $5,522.73 | $5,522.73 | $828.03 |
| 19 | Contract Services, Inc. | 7100-000 | $4,660.50 | $4,770.75 | $0.00 | $0.00 |
| 20 | Contract Services, Inc. | 7100-000 | $0.00 | $4,770.75 | $4,770.75 | $715.29 |
| 21 | Barry E. Mukamal, Chapter 7 Trustee of Bankruptcy | 7100-000 | $0.00 | $899,750.00 | $0.00 | $0.00 |
| 22 | AFCO | 7200-000 | $14,976.52 | $3,657.50 | $3,657.50 | $0.00 |
| | AIG | 7100-000 | $1,743.59 | $0.00 | $0.00 | $0.00 |
| | American Express Silver | 7100-000 | $3,054.81 | $0.00 | $0.00 | $0.00 |
| | Ameritas | 7100-000 | $715.47 | $0.00 | $0.00 | $0.00 |
| | AT&T | 7100-000 | $741.15 | $0.00 | $0.00 | $0.00 |
| | AT&T | 7100-000 | $198.65 | $0.00 | $0.00 | $0.00 |
| | AT&T Mobility | 7100-000 | $311.35 | $0.00 | $0.00 | $0.00 |
| | Brian A. Hart | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase United Visa | 7100-000 | $34,859.32 | $0.00 | $0.00 | $0.00 |
| | Crystal Springs | 7100-000 | $134.52 | $0.00 | $0.00 | $0.00 |
| | Dalbani | 7100-000 | $17,600.00 | $0.00 | $0.00 | $0.00 |
| | Genworth Life and Annuity | 7100-000 | $160,000.00 | $0.00 | $0.00 | $0.00 |
| | Ghulam Jilani Dossul | 7100-000 | $836,750.00 | $0.00 | $0.00 | $0.00 |
| | Ghulam Mohammad Dossul & Co. | 7100-000 | $276,468.00 | $0.00 | $0.00 | $0.00 |
| | Guarantee Insurance Company | 7100-000 | $1,867.00 | $0.00 | $0.00 | $0.00 |
| | Hartford Insurance Company | 7100-000 | $2,460.16 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| James Monroe Associates | 7100-000 | $15,124.98 | $0.00 | $0.00 | $0.00 |
| Long Island Investment Partners, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Longlac Enterprises, Inc. | 7100-000 | $1,608,710.22 | $0.00 | $0.00 | $0.00 |
| M.L. Ray & Assoc., Inc. | 7100-000 | $576.29 | $0.00 | $0.00 | $0.00 |
| NASGW Renewal Membership | 7100-000 | $850.00 | $0.00 | $0.00 | $0.00 |
| NRA Annual Shows | 7100-000 | $4,650.00 | $0.00 | $0.00 | $0.00 |
| Nth Service | 7100-000 | $527.12 | $0.00 | $0.00 | $0.00 |
| Outdoor Sportsman Group | 7100-000 | $800.00 | $0.00 | $0.00 | $0.00 |
| R&R Freight | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| RM Equipment Inc. | 7100-000 | $356,383.00 | $0.00 | $0.00 | $0.00 |
| Ronald J. Martin | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Shannash Properties Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Tom Colli & Association | 7100-000 | $1,642.84 | $0.00 | $0.00 | $0.00 |
| United Healthcare | 7100-000 | $12,855.82 | $0.00 | $0.00 | $0.00 |
| UPS | 7100-000 | $5,119.52 | $0.00 | $0.00 | $0.00 |
| Vision Communications | 7100-000 | $85.00 | $0.00 | $0.00 | $0.00 |
| Waste Management Inc. of Florida | 7100-000 | $480.54 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $3,542,396.07 | $2,283,239.30 | $953,717.30 | $142,444.55 |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 15-31296-AJC | Trustee Name: | Robert A. Angueira |
|---|---|---|---|
| Case Name: | SAMCO GLOBAL ARMS, INC. | Date Filed (f) or Converted (c): | 12/07/2015 (f) |
| For the Period Ending: | 4/24/2017 | §341(a) Meeting Date: | 01/06/2016 |
| | | Claims Bar Date: | 04/05/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1 | Accounts Receivable | $2,200.99 | $429.90 | | $429.90 | FA |
| Asset Notes: | Imported from original petition Doc# 13 | | | | | |
| 2 | Cash on hand | $144.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 13 | | | | | |
| 3 | Wells Fargo Operating Account (3923) | $3,981.91 | $7,431.64 | | $7,431.64 | FA |
| Asset Notes: | Imported from original petition Doc# 13 | | | | | |
| 4 | Wells Fargo Money Market Account (3285) | $691.21 | $76.21 | | $76.21 | FA |
| Asset Notes: | Imported from original petition Doc# 13 | | | | | |
| 5 | Wells Fargo Payroll Account (0782) | $831.66 | $831.66 | | $831.66 | FA |
| Asset Notes: | Imported from original petition Doc# 13 | | | | | |
| 6 | Habib American Bank Operating Account (X544) | $1,619.06 | $0.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 13 | | | | | |
| 7 | Security Deposit | $2,470.06 | $0.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 13 | | | | | |
| 8 | Deposit Tender paid to DGDP Ministry of Defense, | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Pakistan for 2012 Contract.  Unable to proceed with contract so deposit was forfeited, but is still on Debtor's books. | | | | | |
| 9 | Unused portion of advance paid to Montenegran | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Supplier Capris D.O.O. Contract was not extended by Ministry of Defense for Montenegro and advance was forfeited in 2013 but is still on Debtor's books. | | | | | |
| 10 | 2001 Lexus LS 430 | $6,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 13 | | | | | |
| 11 | 2008 Chevy Silverado 3500HD | $11,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 13 | | | | | |
| 12 | Office Furniture | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 13 | | | | | |
| 13 | Office Fixtures | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 13 | | | | | |
| 14 | 2008 Nissan Frontier | $6,500.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 13 | | | | | |
| 15 | Other Machinery and Fixtures | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 13 | | | | | |
| 16 | Trademark "Charles Daly" Reg #3662598 | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 13 | | | | | |
| 17 | Inventory Cost Value (taken on 11/30/15) | $1,600,000.00 | $1,240,000.00 | | $1,240,000.00 | FA |
| Asset Notes: | Imported from original petition Doc# 13 | | | | | |
| 18 | Internet Domain Names and Website | Unknown | $0.00 | | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 15-31296-AJC | Trustee Name: | Robert A. Angueira |
|---|---|---|---|
| Case Name: | SAMCO GLOBAL ARMS, INC. | Date Filed (f) or Converted (c): | 12/07/2015 (f) |
| For the Period Ending: | 4/24/2017 | §341(a) Meeting Date: | 01/06/2016 |
| | | Claims Bar Date: | 04/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Asset Notes:** www.samcoglobal.com ; www.charlesdaly.com ; www.akkar-usa.com | | | | | |
| **Ref. #** | | | | | |
| 19 — Notes Receivable | $1,549,489.28 | $0.00 | | $0.00 | FA |
| 20 — Rent Income From Century Arms, Inc. (u) | $3,000.00 | $3,000.00 | | $3,000.00 | FA |
| **Asset Notes:** Per Order dated 4/5/16, Doc #109. Rent paid by buyer to occupy Debtor's former business until 5/31/16. | | | | | |
| 21 — Excise Tax Collected Related To The Sale of (u) | $54,784.13 | $54,784.13 | | $54,784.13 | FA |
| **Asset Notes:** Debtor's Property to Century 21 Arms, Inc. D.E. 93. | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                        **Gross Value of Remaining Assets**

$3,242,712.30         $1,306,553.54                         $1,306,553.54          $0.00

---

**Major Activities affecting case closing:**

12/03/16 - TFR was submitted today.

10/1/16 - Trustee reviewed case status; A Final evidentiary hearing has been set for November 10, 2016 at 1:30 PM to consider the Objection to Claim of Barry E. Mukamal, Chapter 7 Trustee for the Estate of Ghulam Jilani Dossul, filed by the Trustee [D.E. 152]. (LT)

08/26/16 - Trustee reviewed case status; There is a hearing on 9/14/16 to consider objection and response to claim filed by Jaca Business Corp and Sauce, Inc. DE#176.

7/1/16 - Trustee reviewed case progress; Creditors Jaca Business Corp. and Sauce, Inc. objected to several claims, a hearing is set for 7/26/16.

04/08/16 - Trustee reviewed case progress; Inventory of Guns was sold at auction for $1,240,000, closing was on 4/7/16. Government claims bar date is not until 6/4/16; Once all claims have been reviewed TFR will be prepared.

02/01/16 - The Trustee has retained Rachel L. Ahlum, Esq., of Robert A. Angueira P.A. to represent the Estate as general counsel. The Trustee has retained Harry Stampler of Stampler Auctions as an auctioneer to market and sell substantially all assets of the Debtor. Mr. Stampler is in the process of attempting to procure bidders for a bulk sale of substantially all assets of hte Debtor. It is anticipated that a sale motion will be filed by the end of 2/2016. The Trustee is investigating the Estate's potential causes of action against Mr. Ronald Martin, and various entities owned and/or controlled by Mr. Martin, including claims for outstanding loans due and for turnover of vehicles. The Trustee continues to investigate the financial affairs of the Debtor to evaluate any other potential Chapter 5 claims.

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/31/2016 | /s/ ROBERT A. ANGUEIRA | |
| Current Projected Date Of Final Report (TFR): | 12/03/2016 | ROBERT A. ANGUEIRA | |

**FORM 2**

Page No: 1     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-31296-AJC | Trustee Name: | Robert A. Angueira |
|---|---|---|---|
| Case Name: | SAMCO GLOBAL ARMS, INC. | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***2433 | Checking Acct #: | ******5166 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 12/7/2015 | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 4/24/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/09/2015 | (3) | Samco Global Arms, Inc | Closed Wells Fargo Account x3923 | 1129-000 | $3,981.91 | | $3,981.91 |
| 12/09/2015 | (4) | Samco Global Arms, Inc | Closed Wells Fargo Account x3285 | 1129-000 | $76.21 | | $4,058.12 |
| 12/09/2015 | (5) | Samco Global Arms, Inc | Closed Wells Fargo Account x0782 | 1129-000 | $831.66 | | $4,889.78 |
| 12/23/2015 | (3) | Wells Fargo | Closed Wells Fargo Account x3923 | 1129-000 | $3,449.73 | | $8,339.51 |
| 12/23/2015 | 101 | Vision Communications | Per Order dated 12/22/15, Doc #18. Website and IT Services. | 2690-000 | | $815.00 | $7,524.51 |
| 12/23/2015 | 102 | AFCO Insurance Premium Finance | Per Order dated 12/22/15, Doc #19. AFCO Acct #01-52522024-02 - $1,726.42 / Acct #01-52522032-02 - $923.60. | 2420-000 | | $2,650.02 | $4,874.49 |
| 12/23/2015 | 103 | Robert A. Angueira, P.A. | Per Order dated 12/22/15, Doc #22. Reimbursement of payment to locksmith. | 2420-000 | | $440.25 | $4,434.24 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,424.24 |
| 01/14/2016 | (1) | Don Foreman | collection on pre-petion sale | 1121-000 | $429.90 | | $4,854.14 |
| 01/20/2016 | 104 | AFCO Insurance Premium Finance | Per Order dated 1/19/16, Doc #39. Acct #01-52522024-02 $1,726.42 / Acct #01-52522032-02 $923.60 | 2420-000 | | $2,650.02 | $2,204.12 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $2,194.12 |
| 02/23/2016 | 105 | AFCO Insurance Premium Finance | Per Order Dated 2/23/16; Dovc #72. Acct #01-52522024-02 / Acct #01-52522032-02 | 2420-000 | | $2,194.12 | $0.00 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | ($10.00) |
| 03/02/2016 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | ($10.00) | $0.00 |
| 04/07/2016 | (17) | Century Arms, Inc | Per Court Order dated 3/24/16; D.E. #93. | 1129-000 | $1,190,000.00 | | $1,190,000.00 |
| 04/07/2016 | (17) | Robert A Angueira, Esq. IOTA | Per Court Order dated 4/4/16; D.E. #106. | 1129-000 | $50,000.00 | | $1,240,000.00 |
| 04/07/2016 | (20) | Century Arms, Inc | Per Court Order dated 4/5/16; D.E. #109. | 1222-000 | $3,000.00 | | $1,243,000.00 |
| 04/15/2016 | 106 | Dalbani Corporation | Per Order dated 4/7/16; Doc #121. Rent through 4/30/16 $61,855.68 less security deposit of $16,450.00 equals balance due of $45,405.68. | 2410-000 | | $45,405.68 | $1,197,594.32 |
| 04/15/2016 | 107 | Sauce, Inc. c/o: Kluger, Kaplan, Silverman, Katzen & Levine | Secured Creditor Per Court Order dated 4/6/16, Doc #118. | 4210-000 | | $529,480.00 | $668,114.32 |

**SUBTOTALS** $1,251,769.41    $583,655.09

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-31296-AJC | | Trustee Name: | Robert A. Angueira |
|---|---|---|---|---|
| Case Name: | SAMCO GLOBAL ARMS, INC. | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***2433 | | Checking Acct #: | ******5166 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 12/7/2015 | | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 4/24/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/15/2016 | 108 | Jaca Business Corp. c/o: Kluger, Kaplan, Silverman, Katzen & | Secured Creditor Per Court Order dated 4/6/16, Doc #118. | 4210-000 | | $338,520.00 | $329,594.32 |
| 04/15/2016 | 109 | Mr. Valmore J. Forgett, III | Break Up Fee Per Court Order dated 4/4/16, Doc #104. | 2990-000 | | $10,000.00 | $319,594.32 |
| 04/15/2016 | 110 | Robert A. Angueira, P.A. | Reimb of Insurance payments per Court Order dated 4/7/16, Doc #122. | 2420-000 | | $3,105.92 | $316,488.40 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $828.23 | $315,660.17 |
| 05/11/2016 | 111 | Contract Services, Inc. | Per Order dated 5/10/16, Doc #147. | 3991-000 | | $1,236.25 | $314,423.92 |
| 05/26/2016 | 112 | Robert A. Angueira, PA | Per Order dated 5/25/16; Doc #154 First Interim Fee Application. | 3110-000 | | $45,457.20 | $268,966.72 |
| 05/26/2016 | 113 | Robert A. Angueira, PA | Per Order dated 5/25/16; Doc #154 First Interim Fee Application - Expenses. | 3120-000 | | $1,711.25 | $267,255.47 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $487.54 | $266,767.93 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $421.52 | $266,346.41 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $369.31 | $265,977.10 |
| 08/01/2016 | (21) | Century Arms, Inc | Per Court Order dated 3/24/16; D.E. #93. This is part of purchaser (Century 21 Arms, Inc.) excise tax obligation under the Asset Purchase agreement. Balance of purchase price paid by Century Arms, Inc. related to the purchase of all the personal proper | 1229-000 | $9,051.22 | | $275,028.32 |
| 08/01/2016 | (21) | Robert A Angueira IOTA Acct | Per Court Order dated 3/24/16; D.E. #93. This is part of purchaser (Century 21, Arms, Inc.) excise tax obligation under the Asset Purchase agreement. Balance of purchase price paid by Century Arms, Inc. related to the purchase of all the personal prop. | 1229-000 | $45,732.91 | | $320,761.23 |
| 08/01/2016 | 114 | Alcohol and Tobacco Tax and Trade Bureau | Per Order dated 8/3/16; Doc #181. Excise Tax for 2nd Quarter April - June 2016. | 2820-000 | | $54,784.12 | $265,977.11 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $432.77 | $265,544.34 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $380.90 | $265,163.44 |
| 10/03/2016 | 115 | Dalbani Corporation | Per Order dated 9/30/16, Doc #192. - May 2016 Rent - $8,800.76 / FPL April $800.00 / FPL May $800.00 | 2410-000 | | $10,400.76 | $254,762.68 |

**SUBTOTALS** $54,784.13    $468,135.77

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-31296-AJC | | Trustee Name: | Robert A. Angueira |
|---|---|---|---|---|
| Case Name: | SAMCO GLOBAL ARMS, INC. | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***2433 | | Checking Acct #: | ******5166 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 12/7/2015 | | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 4/24/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $359.71 | $254,402.97 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $389.28 | $254,013.69 |
| 01/04/2017 | 116 | Robert A. Angueira, PA | Dividend paid 100.00% on $60,975.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | $15,518.30 | $238,495.39 |
| 01/04/2017 | 117 | Robert A. Angueira, PA | Dividend paid 100.00% on $2,278.89, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | $567.64 | $237,927.75 |
| 01/04/2017 | 118 | Yip Associates | Dividend paid 100.00% on $19,320.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | $19,320.00 | $218,607.75 |
| 01/04/2017 | 119 | Yip Associates | Dividend paid 100.00% on $325.76, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | $325.76 | $218,281.99 |
| 01/04/2017 | 120 | U.S. Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | $350.00 | $217,931.99 |
| 01/04/2017 | 121 | U.S. Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | $350.00 | $217,581.99 |
| 01/04/2017 | 122 | U.S. Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | $350.00 | $217,231.99 |
| 01/04/2017 | 123 | U.S. Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | $350.00 | $216,881.99 |
| 01/04/2017 | 124 | U.S. Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | $350.00 | $216,531.99 |
| 01/04/2017 | 125 | U.S. Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | $350.00 | $216,181.99 |
| 01/04/2017 | 126 | Robert A. Angueira | Dividend paid 100.00% on $62,446.61, Trustee Compensation; Reference: | 2100-000 | | $62,446.61 | $153,735.38 |

SUBTOTALS          $0.00          $101,027.30

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No.: | 15-31296-AJC | | Trustee Name: | Robert A. Angueira |
| Case Name: | SAMCO GLOBAL ARMS, INC. | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***2433 | | Checking Acct #: | ******5166 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 12/7/2015 | | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 4/24/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/04/2017 | 127 | Robert A. Angueira | Dividend paid 100.00% on $62.90, Trustee Expenses; Reference: | 2200-000 | | $62.90 | $153,672.48 |
| 01/04/2017 | 128 | Julian C. Quinones | Dividend paid 100.00% on $192.00; Claim# 4; Filed: $192.00; Reference: | 5300-000 | | $192.00 | $153,480.48 |
| 01/04/2017 | 129 | Internal Revenue Service | Dividend paid 100.00% on $11,035.93; Claim# 18P-2; Filed: $11,035.93; Reference: | 5800-000 | | $11,035.93 | $142,444.55 |
| 01/04/2017 | 130 | Wells Fargo Bank, N.A. | Dividend paid 14.99% on $97,837.85; Claim# 1; Filed: $97,837.85; Reference: | 7100-000 | | $14,669.05 | $127,775.50 |
| 01/04/2017 | 131 | R&L Carries, Inc. | Dividend paid 14.99% on $1,694.93; Claim# 2; Filed: $1,694.93; Reference: | 7100-000 | | $254.12 | $127,521.38 |
| 01/04/2017 | 132 | Uline Shipping Supplies | Dividend paid 14.99% on $58.13; Claim# 5; Filed: $58.13; Reference: | 7100-000 | | $8.72 | $127,512.66 |
| 01/04/2017 | 133 | American Express Bank FSB | Dividend paid 14.99% on $19,693.70; Claim# 6; Filed: $19,693.70; Reference: | 7100-000 | | $2,952.72 | $124,559.94 |
| 01/04/2017 | 134 | Northern Tackle & Sport Supply Ltd | Dividend paid 14.99% on $53,038.30; Claim# 7; Filed: $53,038.30; Reference: | 7100-000 | | $7,952.15 | $116,607.79 |
| 01/04/2017 | 135 | Mark Hoffman | Dividend paid 14.99% on $1,058.00; Claim# 9; Filed: $1,058.00; Reference: | 7100-000 | | $158.63 | $116,449.16 |
| 01/04/2017 | 136 | Pitney Bowes Global Financial Services LLC | Dividend paid 14.99% on $839.22; Claim# 13; Filed: $839.22; Reference: | 7100-000 | | $125.83 | $116,323.33 |
| 01/04/2017 | 137 | Farmington Display | Dividend paid 14.99% on $619.05; Claim# 14; Filed: $619.05; Reference: | 7100-000 | | $92.82 | $116,230.51 |
| 01/04/2017 | 138 | Marcum Accountants & Advisors | Dividend paid 14.99% on $22,436.70; Claim# 15; Filed: $22,436.70; Reference: | 7100-000 | | $3,363.98 | $112,866.53 |
| 01/04/2017 | 139 | Sauce, Inc. | Dividend paid 14.99% on $660,434.67; Claim# 16U; Filed: $684,420.28; Reference: | 7100-000 | | $99,020.41 | $13,846.12 |
| 01/04/2017 | 139 | Sauce, Inc. | Dividend paid 14.99% on $660,434.67; Claim# 16U; Filed: $684,420.28; Reference: | 7100-003 | | ($99,020.41) | $112,866.53 |
| 01/04/2017 | 140 | Jaca Business Corporation | Dividend paid 14.99% on $82,055.77; Claim# 17U; Filed: $42,534.22; Reference: | 7100-000 | | $12,302.80 | $100,563.73 |
| | | | | SUBTOTALS | $0.00 | $53,171.65 | |

FORM 2  
Page No: 5       Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-31296-AJC | Trustee Name: | Robert A. Angueira |
|---|---|---|---|
| Case Name: | SAMCO GLOBAL ARMS, INC. | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***2433 | Checking Acct #: | ******5166 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 12/7/2015 | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 4/24/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/04/2017 | 140 | Jaca Business Corporation | Dividend paid 14.99% on $82,055.77; Claim# 17U; Filed: $42,534.22; Reference: | 7100-003 | | ($12,302.80) | $112,866.53 |
| 01/04/2017 | 141 | Internal Revenue Service | Dividend paid 14.99% on $5,522.73; Claim# 18U-2; Filed: $5,522.73; Reference: | 7100-000 | | $828.03 | $112,038.50 |
| 01/04/2017 | 142 | Contract Services, Inc. | Dividend paid 14.99% on $4,770.75; Claim# 20; Filed: $4,770.75; Reference: | 7100-000 | | $715.29 | $111,323.21 |
| 01/04/2017 | 143 | Sauce, Inc.   c/o:Kluger,Kaplan,Silverman,etc PL Trust Acct | Dividend paid 14.99% on $660,434.67; Claim# 16U; Filed: $684,420.28; Reference: | 7100-000 | | $99,020.41 | $12,302.80 |
| 01/04/2017 | 144 | Jaca Business Corp c/o:Kluger,Kaplan,Silverman,etc PL Trus | Dividend paid 14.99% on $82,055.77; Claim# 17U; Filed: $42,534.22; Reference: | 7100-000 | | $12,302.80 | $0.00 |
| | | | **TOTALS:** | | $1,306,553.54 | $1,306,553.54 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $1,306,553.54 | $1,306,553.54 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1,306,553.54 | $1,306,553.54 | |

| For the period of 12/7/2015 to 4/24/2017 | | For the entire history of the account between 12/09/2015 to 4/24/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,306,553.54 | Total Compensable Receipts: | $1,306,553.54 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,306,553.54 | Total Comp/Non Comp Receipts: | $1,306,553.54 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,306,553.54 | Total Compensable Disbursements: | $1,306,553.54 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,306,553.54 | Total Comp/Non Comp Disbursements: | $1,306,553.54 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 6  Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |   | | |
|---|---|---|---|---|
| Case No. | 15-31296-AJC | | Trustee Name: | Robert A. Angueira |
| Case Name: | SAMCO GLOBAL ARMS, INC. | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***2433 | | Checking Acct #: | ******5166 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 12/7/2015 | | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 4/24/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $1,306,553.54 | $1,306,553.54 | $0.00 |

**For the period of 12/7/2015 to 4/24/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,306,553.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,306,553.54 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,306,553.54 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,306,553.54 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/07/2015 to 4/24/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,306,553.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,306,553.54 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,306,553.54 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,306,553.54 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ROBERT A. ANGUEIRA

ROBERT A. ANGUEIRA